IH-32 Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

Jane Doe

Plaintiff

vs.

Jonathan Baram and Warren & Baram Management LLC

Defendant

Case Number

1:20-cv-09522

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Jane Doe, as guardian, on behalf of John Doe No. 1, a minor, and John Does No. 2,

Plaintiff

vs.

Peter J. Nygard, Nygard Inc., Nygard International Partnership, and Nygard Holdings Limited,

Defendant

Case Number

20-cv-06501

Status of Earlier Filed Case:

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open (If so, set forth procedural status and summarize any court rulings.)

Defendants' response to Plaintiffs' Complaint is due on November 25, 2020.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Jane Does Nos. 1-57 v. Nygard, et al. is a class action that alleges a continuing conspiracy and/or sex trafficking venture, under 18 U.S.C. 1591, et seq. Plaintiff alleges that Defendant here was a participant in the same sex trafficking venture and caused Plaintiff to be trafficked to the defendant in the earlier filed case, Peter J. Nygard. Plaintiffs in the earlier filed case, John Does Nos. 1-2, were also victims of the same sex trafficking venture.

Signature: /s/ Greg G. Gutzler Date: 11/9/2020

Firm: DiCello Levitt Gutzler LLC