## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 1:20-CV-09522

Date Filed: _____

Plaintiff:
**JANE DOE**

vs.

Defendant:
**JONATHAN BARAM AND WARREN & BARRAM MANAGEMENT LLC**

For:
Lisa Haba
The Haba Law Firm, P.A.
1220 Commerce Park Drive
Suite 207
Longwood, FL 32779

Received by L & L Process, LLC. on the 13th day of November, 2020 at 1:58 pm to be served on **WARREN & BARAM MANAGEMENT LLC, 559 NE 44TH STREET, APT 8, BOCA RATON, FL 33431**

I, Michael Gonedes, do hereby affirm that on the **18th day of November, 2020** at **7:55 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Complaint, Civil Cover Sheet, Related Case Statement, Protective Order, Exhibits** with the date and hour of service endorsed thereon by me, to: **JOHNATHAN BARAM** as **AUTHORIZED TO ACCEPT** for **WARREN & BARAM MANAGEMENT LLC**, at the address of: **559 NE 44TH STREET, APT 8, BOCA RATON, FL 33431**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: WHITE, Height: 5'11, Weight: 185, Hair: BLACK, Glasses: N

# RETURN OF SERVICE For 1:20-CV-09522

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

_____
**Michael Gonedes**
CPS# 1980

L & L Process, LLC.
13876 SW 56 Street
Suite 200
Miami, FL 33175
(305) 772-8804

Our Job Serial Number: LLP-2020003231