# Jonathan Baram

2140 Pacific Blvd.

Atlantic Beach, New York 11509

Jonathan@warrenandbaram.com

Cell 347-972-7011

11/08/20

To Judge Ramos,


I recently received a summons for a civil action lawsuit on November 18, 2020.  This is the first time it was brought to my attention that I am named in a civil action lawsuit. Due to the Corona Virus, I am out of state and I am not able to travel. I do not have housing in New York now because I live with my family and my mother is elderly.  I do not want to potentially expose my mother to the virus. The CDC Director Robert Redfield said any vaccine in unlikely to be available to most Americans before the summer or early fall of 2021. I have no attorney and no financial resources for a civil action lawsuit. May I please get until May 18, 2021 to respond to the complaint in order to get my case in order. The original date to respond to the complaint was November 18, 2020. I have made no previous requests for adjournment or an extension. My adversaries do not consent. My adversaries' reason for refusing was because they previously sent an email asking for information however it did not notify me that they planning to sue me. Therefore, I did not know I have to start looking for an attorney.


Thank you for your consideration and your understanding

Respectfully

Jonathan Baram