**Print** | **Close Window**

**Subject:** CIVIL ACTION
**From:** "Warren & Baram Management " <jonathan@warrenandbaram.com>
**Date:** Tue, Dec 01, 2020 1:16 am
**To:** "ggutzler@dicellolevitt.com" <ggutzler@dicellolevitt.com>
**Cc:** "david@warrenandbaram.com" <david@warrenandbaram.com>

Due to Corona virus I need a 180 day extension. I am currently out of state. I deny all these unproven and ridiculous accusations.

Jonathan Baram

Copyright © 2003-2020. All rights reserved.