

Jonathan Baram at "Nygard Cay" in the Bahamas



Jonathan Baram at "Nygard Cay" in the Bahamas

