# EXHIBIT A

# Jonathan Baram

559 NE 44 Street

Boca Raton, Florida 33132

Jonathan@warrenandbaram.com

Cell 347-972-7011

01/04/21

To Judge Ramos,


My adversaries claim that I saw the lawsuit's email is not true. My email address has been published in major magazines and on the internet for over 20 years. I receive many email requests. I don't open any attachments or emails that are unsolicited. Therefore I never saw any attachments or emails that my adversaries claim they have sent regarding their intentions to sue me. I also have no association with Peter Nygard which is more reason not to open any foreign emails or attachments. The original date to respond to the complaint was December 9, 2020. I have made one previous request for adjournment or an extension. May I please get an extension until Feb. 9, 2021 ? I need time to raise money for an attorney. Partially due to the media already labeling me a sex trafficker of minors, this will be a very expensive defense and require an enormous up front retainer. My advisories have been on a desperate media blitz to make these evil accusations about me are published as much as possible.  They even published these accusations on their web site without any regard. This has affected my income greatly. There is absolutely no evidence of their evil accusations against me. My adversaries are just playing the system and wasting the courts time fishing for information for their class action lawsuit against Nygard.

Thank you for your consideration and your understanding

Respectfully

Jonathan Baram