# EXHIBIT A

# Jonathan Baram

559 NE 44 Street

Boca Raton, Florida 33132

Unit 8

Jonathan@warrenandbaram.com

Cell 347-972-7011

01/08/21

To Judge Ramos,

I respectfully request a premotion conference. I request a dismissal of this case due to the expiration of the statute of limitations. I also request a motion for a more definite statement of information. I cannot defend myself properly or respond to the complaint without knowing the identity of my accuser. To respond to the complaint I also need the date in question and the exact location where they claim I drugged and fondled the accuser.

Thank you for your consideration and your understanding

Respectfully

Jonathan Baram