# Jonathan Baram

559 NE 44 Street

Boca Raton, Florida 33132

Cell 347 972 7011

02/26/21

To Judge Ramos

I respectfully request for the Federal Sex traffic claim to be dismissed due to the expiration of the statute of limitations. It is clear in the complaint that nothing I did warranted equitable tolling. It is clear that to the extent that if there is a basis of equitable tolling, it's all against Nygard. The majority of the complaint is what Nygard did and his negative reputation which has noting to do with me. There is nothing in the complaint that I did in the last 14 years that warrants equitable tolling. I also have no criminal record and am not a threat to Jane Doe.

Thank you for your consideration and your understanding

Respectfully

Jonathan Baram