UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                      Plaintiff,

– against –

JONATHAN BARAM and WARREN &
BARAM MANAGEMENT LLC,

                      Defendants.

**ORDER**

20 Civ. 9522 (ER)

RAMOS, D.J.:

      Plaintiff filed this suit on November 12, 2020. Doc. 1. On February 5, 2021, the Court granted Defendants leave to file a motion to dismiss by February 26, 2021. In a letter dated February 26, 2021 but docketed on March 9, 2021, Jonathan Baram, appearing pro se, asserts that the federal claims in this suit should be dismissed due to the expiration of the statute of limitations. Doc. 22. The Court construes Baram's letter as his motion to dismiss and respectfully directs the Clerk of Court to classify it as such on the docket. *Id.* Mr. Baram is advised that he cannot move on behalf of Warren & Baram Management LLC, as a corporation may not appear pro se and must retain counsel to avoid default. *Carlone v. Lion & the Bull Films, Inc.*, 861 F. Supp. 2d 312, 318 (S.D.N.Y. 2012). Accordingly, if counsel does not appear on behalf of Warren & Baram Management LLC within 30 days, the company may be held in default.

SO ORDERED.

Dated:   March 11, 2021
            New York, New York

                                                        EDGARDO RAMOS, U.S.D.J.