# WARREN & BARAM

**Talent & Model Management**
jonathan@warrenandbaram.com

Home    Who is Jonathan Baram ?    Actors    Magazine Editorial Tears    Behind The Scenes Television & Film    Models

"BEAUTY IS POWER" JONATHAN BARAM

## SEX TRAFFIC MODEL SCAM ALERT GREG G. GUTZLER

POSTED ON FEBRUARY 22, 2021



# WARREN & BARAM

Talent & Model Management
jonathan@warrenandbaram.com

Home  Who is Jonathan Baram ?  Actors  Magazine Editorial Team  Behind The Scenes Television & Film  Models



# WARREN & BARAM

**Talent & Model Management**
jonathan@warrenandbaram.com

Home   Who is Jonathan Baram ?   Actors   Magazine Editorial Tears   Behind The Scenes Television & Film   Models

If you receive an email regarding my agency from this individual be very careful and don't respond.

The Attorney Disciplinary / Grievance Committee has already begun an investigation against him.

Please contact :

AD1-AGD-newcomplaint@nycourts.gov

scamlawsuit@warrenandbaram.com

If you have a complaint against an attorney, you may contact the Attorney Disciplinary / Grievance Committee. The office you need to contact depends upon the location of your lawyer's office. Please note that the New York State Unified Court System **does not** have jurisdiction to investigate complaints concerning representation by attorneys.

- **First Judicial Department Attorney Grievance Committee**
    - New York & Bronx Counties
      Departmental Disciplinary Committee for the First Department
      180 Maiden Lane
      17th Floor
      New York, NY 10038
      (212) 401-0800
    - scamlawsuit@warrenandbaram.com
    - AD1-AGD-newcomplaint@nycourts.gov

Human trafficking is a situation in which an individual is compelled to work or engage in commercial sex through the use of force, fraud or coercion. If the individual is under the age of 18 and engaging in commercial sex they are experiencing regardless if force, fraud, or coercion is also taking place.

If you believe you may have information about a trafficking situation:

**Call the National Human Trafficking Hotline toll-free hotline at 1-888-373-7888:** Anti-Trafficking Hotline Advocates are available 24/7 to take reports of potential human trafficking.

**Text the National Human Trafficking Hotline at 233733.** Message and data rates may apply.

# WARREN & BARAM

**Talent & Model Management**
jonathan@warrenandbaram.com

Home    Who is Jonathan Baram ?    Actors    Magazine Editorial Tears    Behind The Scenes Television & Film Models

- ACF-FBI- humantrafficking@ic.fbi.gov

Workers, as individuals, are required to be at least 18 years of age to engage in commercial sex acts. If a third party force, fraud, or coercion is used, this age requirement drops to 0.

Red Flags: Any labor that an individual is under the age of 18 and engaging in commercial sex acts are in a trafficking regardless if force, fraud, or coercion is taking place.

If you believe you may have information about a "trafficking situation:"

**Call the National Human Trafficking Hotline toll-free hotline at 1-888-373-7888:** Anti-Trafficking Hotline Advocates are available 24/7 to take reports of potential human trafficking.

**Text the National Human Trafficking Hotline at 233733.** Message and data rates may apply.

**Chat the National Human Trafficking Hotline via www.humantraffickinghotline.org/chat**

**Submit a tip online through the anonymous online reporting form below.** However, please note that if the situation is urgent or occurred within the last 24 hours we would encourage you to call, text or chat.

The information you provide will be reviewed by the Trafficking Hotline. All reports are confidential and you may remain anonymous. Interpreters are available via phone call only. Learn more about the Hotline's approach and policies regarding reporting trafficking situations to law enforcement.

Report missing children or child pornography to the National Center for Missing and Exploited Children (NCMEC) at 1-800-THE-LOST (843-5678) or through their Cybertipline.

---

"BEAUTY IS POWER" JONATHAN BARAM

# GREAT PHOTO SHOOT!!! ON STANDS NEXT MONTH !!!

POSTED ON FEBRUARY 22, 2021

Editorial Tear Sneak Peak

The interview is going to blow you away about the finzione civil law suit. The truth will prevail over evil.

