UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JANE DOE**,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**JONATHAN BARAM and WARREN &<br>BARAM MANAGEMENT LLC**,<br><br>　　　　　Defendants. | Case No.  1:20-CV-09522-ER/DCF<br><br>**ORDER TO SHOW CAUSE FOR<br>DEFAULT JUDGMENT AGAINST<br>DEFENDANT WARREN &<br>BARAM MANAGEMENT LLC** |

## ORDER TO SHOW CAUSE

Upon the affirmation of Greg G. Gutzler, sworn to on the 13th of April, 2021, and the exhibits annexed thereto, and upon all prior papers and proceedings herein, it is hereby

**ORDERED** that **Defendant Warren & Baram Management LLC** show cause before this Court, on _____, 2021, at _____, or as soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Rules 54(b) and 55(b) of the Federal Rules of Civil Procedure, in favor of Plaintiff Jane Doe and against Defendant Warren & Baram Management LLC, for the following relief:

　　i.　　An Order pursuant to FRCP 55(b)(2), directing that a default judgment, as to liability, be entered against Defendant Warren & Baram Management, LLC; and

　　ii.　　An inquest to determine the level of damages as to defendant Warren & Baram Management LLC, which shall await the time of trial and shall be consolidated with the damages aspect of the trial against non-defaulting defendant Jonathan Baram.

It is further **ORDERED** that service of a copy of this order and the annexed affirmation and exhibits upon Defendant Warren & Baram Management LLC at its last known address at 2140

Pacific Boulevard, Atlantic Beach, New York 11509, or its counsel, on or before _____ on _____, 2021, shall be deemed good and sufficient service thereof.  Any opposition to the entry of default is due by _____, 2021.

    IT IS **SO ORDERED** and New York, New York, this ____th day of _____, 2021.

                                                                              _____
                                                                              HONORABLE EDGARDO RAMOS
                                                                              United States District Judge
                                                                              Southern District of New York