# Public Enemy #1 Lisa Haba The Haba Law Firm

POSTED ON APRIL 24, 2021





"Oh what a tangled web we weave when at first we start to deceive" Sir Walter Scott

# FOR CONSUMERS

The Florida Bar's Attorney Consumer Assistance Program (ACAP) is working remotely so there may be delays in processing complaints. If you feel you have been unfairly treated by a lawyer, call ACAP at 866-352-0707

"BEAUTY IS POWER" JONATHAN BARAM

## Starbucks Casting

POSTED ON APRIL 23, 2021



"BEAUTY IS POWER" JONATHAN BARAM

# Public Enemy #1 Frank Amanat Of Dicello Levitt Gutzler Law Firm Founded In 2017

POSTED ON MAY 2, 2021







"I'm the most terrific liar you ever saw in your life. It's awful. If I'm on my way to the store to buy a magazine, even, and somebody asks me where I'm going, I'm liable to say I'm going to the opera. It's terrible."

J.D. Salinger, The Catcher in the Rye

If you have a complaint against an attorney, you may contact the Attorney Disciplinary / Grievance Committee. The office you need to contact depends upon the location of your lawyer's office. Please note that the New York State Unified Court System **does not** have jurisdiction to investigate complaints concerning representation by attorneys.

**First Judicial Department Attorney Grievance Committee**

New York & Bronx Counties

Departmental Disciplinary Committee for the First Department

180 Maiden Lane

17th Floor

New York, NY 10038

(212) 401-0800

Case 1:20-cv-09522-ER-VF   Document 42-2   Filed 05/07/21   Page 7 of 12





Talent & Model Management
info@warrenandbaram.com

"I'm the most terrific liar you ever saw in your life. It's awful. If I'm on my way to the store to buy a magazine, even, and somebody asks me where I'm going, I'm liable to say I'm going to the opera. It's terrible." J.D. Salinger, The Catcher in the Rye

If you have a complaint against an attorney, you may contact the Attorney Disciplinary / Grievance Committee. The office you need to contact depends upon the location of your lawyer's office. Please note that the New York State Unified Court System **does not** have jurisdiction to investigate complaints concerning representation by attorneys.

First Judicial Department Attorney Grievance Committee

New York & Bronx Counties
Departmental Disciplinary Committee for the First Department
180 Maiden Lane
17th Floor
New York, NY 10038
(212) 401-0800

← True Warriors Nurse Day

Throw Back Friday Ford Model Managment 1984-1996 →

## One thought on "Public Enemy #1 Greg Gutzler Decello Levitt Gutzler Founded in 2017"



**JB** says:
MAY 7, 2021 AT 10:04 AM

# WARREN & BARAM

Home | Who Is Jonathan Baram | Actors | Magazine Editorial Tears | Behind Th
Models

**Talent & Model Management**
info@warrenandbaram.com

Upstart Law Firm 3 Out Of 5 Rating Dicello Levitt Gutzler Attorneys "Cold Calling" During Pademic

📅 POSTED MAY 7, 2021    👤 JB



# WARREN & BARAM

**DiCello Levitt Gutzler**

Home · Who Is Jonathan Baram · Actors · Magazine Editors · Models

Talent & Model Management
info@warrenandbaram.com

1 year ago

Quit being "ambulance chasers" in the midst of this National Emergency. I got an email from them today. I have never done business with them or even heard of them. So they are "cold calling" via email to drum up business. What a shame at this time. They should try to be part of the solution instead of just creating more problems.

45 Comments

Call

# WARREN & BARAM

**Talent & Model Management**
info@warrenandbaram.com

Home   Who Is Jonathan Baram   Actors   Magazine Editorial T
Models

what a shame at this time. They should try to be part of the solution instead of just creating more problems.

## 45 Comments



Call

    

Thanks Jim Jones for the informative advice. They were only founded as a law firm partnership a few years ago. "The only source of knowledge is experience." Albert Einstein ( Original Posting on Facebook by Jim Jones one year ago )

← Throw Back Friday Ford Model Managment 1984-1996

## Leave a Reply

Your email address will not be published. Required fields are marked *

**Comment**