


**Jonathan Baram**

Do you know Jonathan?
To see what he shares with friends, send him a friend request.

Add Friend

## Intro

🏠 Lives in **Malibu, California**

❤️ Single

🌐 **warrenandbaram.com**



## Posts

Filters

**Jonathan Baram**
2h · 🌐

https://warrenandbaram.com/.../attorneys-call-calling.../



**WARRENANDBARAM.COM**
**3 Out Of 5 Rating Dicello Levitt Gutzler Attorneys "Cold Calling" During Pademic...**
3 Out Of 5 Rating Dicello Levitt Gutzler Attorneys "Cold Calling" During Pademic Posted May 7, 2021May 7, 2021 JB Thanks Jim Jones for the informative advice. They were only founded as a law firm partnership a few years ago.

👍 Like    💬 Comment    ➤ Share

Write a comment...
Press Enter to post.



🏠 Lives in Malibu, California

♥ Single

🌐 warrenandbaram.com



Photos                                    See All Photos



https://warrenandbaram.com/2021/05/4620/



WARRENANDBARAM.COM
**Public Enemy #1 Gregg Gutzler Decello Levitt Gutzler Founded in 2017 – WARRE...**
Public Enemy #1 Gregg Gutzler Decello Levitt Gutzler Founded in 2017 Posted May 7, 2021 May 7, 2021 JB "I'm the most terrific liar you ever saw in your life. It's awful. If I'm on my way to the store to buy a magazine, even, and somebody...

👍 Like    💬 Comment    ↗ Share

Write a comment...
Press Enter to post.

**Jonathan Baram**
5h · 🌐

https://warrenandbaram.com/.../public-enemy-1-lisa-haba.../



WARRENANDBARAM.COM
**Public Enemy #1 Lisa Haba The Haba Law Firm – WARREN & BARAM**
Public Enemy #1 Lisa Haba The Haba Law Firm Posted April 24, 2021 April 24, 2021 JB "Oh what a tangled web we weave when at first we start to deceive" Sir Walter Scott FOR CONSUMERS The Florida Bar's Attorney Consumer Assistance...

👍 Like    💬 Comment    ↗ Share



🏠 Lives in **Malibu, California**

❤️ Single

🔗 warrenandbaram.com

••• See Jonathan's About Info



8:09        .ıll LTE 🔋



# Friends

# Posts

 Photos

 Jonathan Baram
32m ·

https://warrenandbaram.com/2021/05/4576/



WARRENANDBARAM.COM

Public Enemy #1 Frank Amanat Of Dicello Levitt Gutzler Law Firm Founded In 2017 – WAR...

 Like   Comment   Share



**DiCello Levitt Gutzler**
30m · 🌐



3m    Like    Reply



**Jonathan Baram**

3m    Like    Reply



**Jonathan Baram**





3m   Like   Reply

 Write a comment... 

     



**DiCello Levitt Gutzler**
37m ·



Justice in all its **DIMENSIONS**    DICELLO LEVITT GUTZLER

👍 Like         💬 Comment         ↗ Share

👍 You

**Most Relevant** ⌄

Jonathan Baram



PUBLIC ENEMY

NUMBER ONE

11m   Like   Reply

 Jonathan Baram



 Write a comment...     

