# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br><br>    v.<br><br>JONATHAN BARAM and WARREN & BARAM MANAGEMENT LLC,<br><br>      Defendants. | Case No. 1:20-CV-09522-ER/DCF |

## DEFAULT JUDGMENT

This action having been commenced on November 12, 2020 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Warren & Baram Management LLC, on November 13, 2020 by service of process, serving Jonathan Baram, authorized to accept service for defendant, and a proof of service having been filed on November 19, 2020 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against the defendant as to liability, damages amount to be determined at trial, plus costs and disbursements of this action, the amount also to be determined upon resolution.

Dated: New York, New York
       May 19, 2021

                                                                         U.S.D.J.