UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

        Plaintiff,

– against –

JONATHAN BARAM and WARREN & BARAM MANAGEMENT LLC,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: __10/13/2021__

**ORDER**

20 Civ. 9522 (ER)

Ramos, D.J.:

At the October 7, 2021 telephone conference, Mr. Baram requested that the complaint be redacted to omit his private address. That application was granted.

Ms. Doe is directed to file a redacted complaint on ECF.

The Clerk of the Court is respectfully directed to modify the viewing level for the Complaint, doc. 1, to the sealed viewing level.

It is SO ORDERED.

Dated:   October 13, 2021
        New York, New York

_____
Edgardo Ramos, U.S.D.J.