UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JANE DOE**,<br><br>     Plaintiff,<br><br>v.<br><br>**JONATHAN BARAM and WARREN & BARAM MANAGEMENT LLC**,<br><br>     Defendants. | Case No.  1:20-CV-09522-ER/DCF<br><br>**Notice of Voluntary Dismissal Without Prejudice** |

    PLEASE TAKE NOTICE that Plaintiff Jane Doe, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby voluntarily dismiss Defendant JONATHAN BARAM, individually, without prejudice, from the complaint in the above-captioned action. This dismissal is otherwise than upon the merits, and this case is continued against defaulted Defendant WARREN & BARAM MANAGEMENT LLC. Under Rule 41(a)(1)(A)(i) this Notice is self-effectuating and does not require an Order of the Court.

    Respectfully submitted,

    _____

F. Franklin Amanat
Greg Gutzler
DICELLO LEVITT GUTZLER
One Grand Central Place
60 E. 42nd Street, Suite 2400,
New York, New York 10165
P: (646) 933-1000
E: famanat@dicellolevitt.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing was served by the Court's Electronic Notification System this 21st day of October, 2021.

      */s/ F. Franklin Amanat*
_____
F. Franklin Amanat
DICELLO LEVITT GUTZLER