UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JANE DOE**,<br><br>      Plaintiff,<br><br>   v.<br><br>**WARREN & BARAM MANAGEMENT LLC**,<br><br>      Defendant. | Case No. 1:20-cv-09522-ER/DCF |

### DECLARATION OF LISA HABA

I, Lisa Haba, do solemnly declare under penalties of perjury pursuant to 28 U.S.C. § 1746, as follows, in support of Plaintiff Jane Doe's Order to Show Cause:

1. I am counsel of record for Plaintiff in this action. I am a Partner with The Haba Law Firm, PA and a member in good standing of the State Bar of Florida. I have been admitted *pro hac vice* to represent Plaintiff in this Court in this Case.

2. I have personal knowledge of the facts stated herein, and, if called on to do so, could and would testify competently thereto.

**Prior Orders of the Court to Cease Conduct:**

3. On May 19, 2021, the parties attended a hearing on Plaintiff's Motion for Sanctions (Doc. 24 and 42) with Judge Ramos. At the hearing, the Court was alerted to defamatory materials that were posted to counsels' social media pages. These materials contained a photo of each of the attorneys involved in this case, and contained a caption stating "Public Enemy Number 1." The Court ordered the Defendant to stop posting defamatory materials to counsels' websites, as

well as to Defendant's own website and to abide by the Rules of Civil Procedure. Baram indicated his understanding of this order and agreed to cease his retaliatory tactics.

4.    On September 8, 2021, the parties engaged in a settlement conference with Magistrate Judge Freeman. During the course of matter, Baram's continuing harassment and conduct was raised. Magistrate Judge Freeman ordered Defendant Baram to stop threatening retaliatory lawsuits and financial harm, or any other kind of threats to Jane Doe and her counsel and abide by the Rules of Civil Procedure. Baram indicated his understanding of this order and again agreed to cease his threatening tactics.

5.    On October 7, 2021, the parties conferenced with Judge Ramos. Plaintiffs counsel showed the abusive and harassing emails to the Court, and the Judge directly ordered Baram to cease his harassing and retaliatory tactics. Baram indicated his understanding of this order and again agreed to cease his threatening tactics.

**Ongoing Pattern of Harassment and Abusive Litigation Tactics:**

6.    Yesterday (January 27, 2022), at around approximately 7:30 a.m., I began to receive emails from Jonathan Baram, acting as the principal officer of Defendant Warren & Baram Management LLC ("Warren & Baram"), using the email address jonathan@warrenandbaram.com. In total over the course of yesterday and today, I received approximately 486 harassing, threatening, abusive, and vexatious emails from this same email address.

7.    Among the emails I received yesterday from Baram were emails (which were also sent to other counsel representing Plaintiff) with the subject heading, "I love wasting your time, Time is money liar." *See* Exhibit H attached hereto. I received this email approximately 109 times yesterday. In the body of these emails, Baram specifically references me and mentions my home, as well as my activities at my home, such as decorating our house (like me, Baram lives in Florida):

"Why have you not picked up the phone and call the DA in Florida Lisa? . . . **Stop thinking about yourself and decorating your home in Florida ! Lisa don't be selfish your whole life !**" *Id.* [emphasis added].

8. Yesterday morning, I also received emails from Baram (again sent to other counsel representing Plaintiff) with the subject heading, "All your the time and effort was for nothing regarding this case." See Exhibit I attached hereto. In the body of the email, among other disparaging remarks, Baram targets me specifically, stating: "I know for a fact that you have not made a criminal complaint. Lisa habe did not make a criminal complaint and she claims to be a champion of women's rights. Lisa why are you not making a criminal complaint? The reason why is because you all know that with a criminal complaint you need actual evidence I will never go away and you're gonna regret the day you said my name !" *Id.* I was sent this email 4 times.

9. Shortly thereafter, I began receiving emails from Baram (also sent to other counsel representing Plaintiff) with the subject heading "Doctrine of unclean hands and abusive process you're going down." *See* Exhibit J attached hereto.  The body of this email is largely repetitious and again disparaging and abusive, and it is signed off, "I will never go away and you're gonna regret the day you said my name !" *Id.* I was sent this email approximately 226 times.

10. At approximately 8:14 a.m. yesterday, I replied to Baram with a cease-and-desist email. *See* Exhibit K attached hereto.

11. Despite the cease-and-desist email, yesterday afternoon I received an email from Baram directed solely to me, with the subject heading "You're an evil soul."  *See* Exhibit L attached hereto. The body of that email stated, in part: "You're Irrelevant liar I don't read your emails";  "You're an evil soul and you'll never get one penny from me I promise I promise I promise I promise I promise I promise I will never go away. I will fight you legally til the day I

die and I've instructed others after I pass on"; "You're a fucking liar that's why and you know you got nothing"; "You got no chops as a lawyer and you got no experience either and you fuck with the wrong person this part is going to be fun! I need to do everything in my power to ruin your career and your life legally"; and "You give lawyers an evil name and you are the true definition of an ambulance chaser and you will always be one." *Id.*

12. This morning, at approximately 6:40 a.m. I began receiving more emails, which were also sent to other Plaintiff's counsel. *See* Exhibit M attached hereto. In the body of each of the emails, the words "I promise you" were repeated continuously almost a hundred times. In addition, the email contained the following phrases: "I promise you that you will never get one fucking penny for me"; "I promise you I will take my revenge And sue you endlessly and ruin your career and your life like you tried to do with me But you did not succeed you loser"; I promise you you'll regret the day you ever fuck with me"; and "I promise you that I will never ever ever go away." *Id.* I received this email, with various subject headings, over a hundred times.

13. All of these emails, as evidenced by their very nature, are threatening, harassing, abusive, and inappropriate. As a result of these threats, and because many of the emails indicated that Baram has been stalking my personal residence, I filed a police report with the Seminole County Sheriff's Office in December of 2021, and I supplemented that report today with the new barrage of emails.

14. Baram's emails are further evidence of the requested relief sought by Plaintiff, including sanctions and a temporary restraining order prohibiting Baram from continuing his barrage of retaliatory, abusive and harassing comments, and his threats to financially and reputationally ruin myself and my co-counsel.

                                                */s/ Lisa Haba*
                                                Lisa Haba