# Exhibit A

**From:** Warren & Baram Management <jonathan@warrenandbaram.com>
**Sent:** Friday, January 28, 2022 6:40 AM
**To:** Lisa Haba <lisahaba@habalaw.com>; Frank Amanat <Famanat@dicellolevitt.com>; Justin Hawal <jhawal@dicellolevitt.com>; Greg Gutzler <ggutzler@dicellolevitt.com>; Amy Keller <akeller@dicellolevitt.com>; Lisa Lucas <llucas@dicellolevitt.com>; Robert F DiCello <rfdicello@dicellolevitt.com>; Mark DiCello <madicello@dicellolevitt.com>
**Cc:** Lisa Haba <lisahaba@habalaw.com>
**Subject:** I promise you

I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you that you will never get one fucking penny for me

I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I will take my revenge And sue you endlessly and ruin your career and your life like you tried to do with me But you did not succeed you loser

I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you you'll regret the day you ever fuck with me

I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you I promise you that I will never ever ever go away.