# Exhibit B

10:52

# Notifications

 

## New

 **Jonathan Baram** mentioned you in a comment.
4m

 **Jonathan Baram** mentioned you in a comment.
10m

 **Jonathan Baram** mentioned you in a comment.
1m

 **Jonathan Baram** mentioned you in a comment.
1m

 **Jonathan Baram** commented on your activity.
9m · "https://warrenandbaram.com/2...



 **Jonathan Baram** commented on the link you shared.
2m · Jonathan posted a photo

 **Jonathan Baram** commented on the link you shared.
Just now · Jonathan posted a photo

 Home    Watch    Marketplace    News    Notifications    Menu

10:52

 **Jonathan Baram** commented on the link you shared.   • • •
2m · Jonathan posted a photo

 **Jonathan Baram** commented on the link you shared.   • • •
Just now · Jonathan posted a photo

 **Jonathan Baram** commented on the link you shared.   • • •
1m · Jonathan posted a photo

 **Jonathan Baram** commented on the status you shared.   • • •
2m · Jonathan posted a photo

 **Jonathan Baram** commented on the status you shared.   • • •
2m · Jonathan posted a photo

 **Jonathan Baram** commented on the link you shared.   • • •
1m · Jonathan posted a photo

 **Jonathan Baram** commented on the link you shared.   • • •
1m · Jonathan posted a photo

 **Jonathan Baram** commented on your activity.   • • •
19m · "Scott Poynter https://warrenan...

 Home     Watch `9+`     Marketplace `9+`     News `1`     **Notifications**     Menu

10:52



**Jonathan Baram** commented on your activity.

19m · "Scott Poynter https://warrenan...

• • •



**Jonathan Baram** commented on your post.

31m · "https://warrenandbaram.com/...

• • •



**Jonathan Baram** commented on the link you shared.

1m · "Harry Cohen"

• • •

**Jonathan Baram** commented on the link you shared.

11m · "https://warrenandbaram.com/2...

• • •



**Jonathan Baram** commented on your post.

36m · "Christian Pi...

• • •

**Jonathan Baram** commented on the link you shared.

14m · "https://warrenandbaram.com/...

• • •

**Jonathan Baram** commented on the link you shared.

11m · "https://warrenandbaram.com/2...

• • •

**Jonathan Baram** commented on the link you shared.

18m · "https://warrenandbaram.com/...

• • •



**Jonathan Baram** commented


Home


Watch


Marketplace


News


Notifications


Menu

**10:52**

**Jonathan Baram** commented on the link you shared.

1m · "Harry Cohen"   •••

**Jonathan Baram** commented on the link you shared.

11m · "https://warrenandbaram.com/2...   •••

**Jonathan Baram** commented on your post.

36m · "Christian Pi...   •••

**Jonathan Baram** commented on the link you shared.

14m · "https://warrenandbaram.com/...   •••

**Jonathan Baram** commented on the link you shared.

11m · "https://warrenandbaram.com/2...   •••

**Jonathan Baram** commented on the link you shared.

18m · "https://warrenandbaram.com/...   •••

**Jonathan Baram** commented on the link you shared.

14m · "https://warrenandbaram.com/...   •••

**Jonathan Baram** commented on the link you shared.

30m · "https://warrenandbaram.com/...   •••

**Friend requests**                    See All


Home


Watch


Marketplace


News


Notifications

Menu