# Exhibit C



11:45


**Jonathan Baram** commented on the link you shared.
55m · Jonathan posted a photo  •••


**Jonathan Baram** commented on the link you shared.
53m · Jonathan posted a photo  •••

**Jonathan Baram** commented on the link you shared.
54m · Jonathan posted a photo  •••


**Jonathan Baram** commented on the status you shared.
55m · Jonathan posted a photo  •••


**Jonathan Baram** commented on the status you shared.
55m · Jonathan posted a photo  •••


**Jonathan Baram** commented on the link you shared.
54m · Jonathan posted a photo  •••

**Jonathan Baram** commented on the link you shared.
55m · Jonathan posted a photo  •••


**Jonathan Baram** commented on the link you shared.
55m · "Harry Cohen"  •••

Friend requests                             See All

     
Home    Watch    Marketplace    News    Notifications    Menu