Exhibit D

11:46

# Comment

with the Concepcion and Italian Colors rulings.

4y    Like    Reply

**Jonathan Baram**
Adam J. Levitt



56m    Like    Reply

Replying to **Jonathan Baram** · Cancel

Jonathan Baram

123    space    return

11:46



(Abuse of process dicello & levitt 1:20-cv-09522) John & Jane Doe held accountable. The unclean hands doctrine applies to cases



11:46

"ABUSE OF PROC...
🔒 warrenandbaram.c...

held accountable. The unclean hands doctrine applies to cases where the plaintiff has acted unethically in connection to the circumstances that have led to the suit. Its intent is to keep a person from abusing the justice system in order to benefit from a situation they created by acting in bad faith.

Corrupt, upstart law firm dicello & levitt are terrified to go up against Jonathan Baram in a court room.

⚡ CASTING ALERT    o & levitt held accountable for "M

🔴 "Beauty Is Power" Jonathan Baram

"ABUSE OF PROCESS" and much more ! Lisa Diane haba lied to the judge when she said the press release was only released once.

11:46

🔒 warrenandbaram.c...

🔴 "Beauty Is Power" Jonathan Baram

# "ABUSE OF PROCESS" and much more ! Lisa Diane haba lied to the judge when she said the press release was only released once.

JB  ●  December 21, 2021



When the judge asked Liar Lisa Diane Haba how many times the press release was released , Liar Haba made a large pause and said "once" with a change of tone in her voice. Liar Lisa Diane Haba and others conspired to do a mass campaign and release the press release with no ethics or care in the world. The judge ruled the contents of the press release acceptable but not the distribution of it. That has not been determined. It is atrocious and desperate behavior for attorneys to do an email dumping of a press release in that massive nature & severe abusive of process and defamation of character. The list goes on and on. The most crucial part is the press release was released before Baram was legally served and made





🔒 warrenandbaram.c...

how many times the press release was released , Liar Haba made a large pause and said "once" with a change of tone in her voice. Liar Lisa Diane Haba and others conspired to do a mass campaign and release the press release with no ethics or care in the world. The judge ruled the contents of the press release acceptable but not the distribution of it. That has not been determined. It is atrocious and desperate behavior for attorneys to do an email dumping of a press release in that massive nature & severe abusive of process and defamation of character. The list goes on and on. The most crucial part is the press release was released before Baram was legally served and made aware of the lawsuit. This could result in the loss of an attorney's license and career.

« 

FARZIN FRANKY AMANAT & GREGY GUTZLER ARE TERRIFIED TO GO TO TRIAL AND DEPOSITION

THANKS FOR SAVING CHRISTMAS MR. PRESIDENT »

# Leave a Reply

Your email address will not be published. Required fields are marked *



FARZIN FRANKY AMANAT & GREGY GUTZLER ARE TERRIFIED TO GO TO TRIAL AND DEPOSITION

THANKS FOR SAVING CHRISTMAS MR. PRESIDENT »

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment *

Name *

11:46

## Comments



That's awesome Adam. Very happy for you and your family.

5 yrs   Like   Reply   More

 Jonathan Baram replied · 1 reply

 **Amanda Stewart**
Congratulations, Adam!

5 yrs   Like   Reply   More

 Jonathan Baram
**https://warrenandbaram.com/2021/12/ farzin-franky-amanat-greggy-gutzler-are- terrified-to-go-to-trial-and-deposition/**

 **Farzin Franky Amanat & Gregy Gutzler are...**
warrenandbaram.com

1 hr   Like   Reply   More

 Jonathan Baram



44 mins   Like   Reply   More

     

Home   Watch   Marketplace   News   Notifications   Menu

 11:47

**Comments**

44 mins    Like    Reply    More

 **Jonathan Baram**



44 mins    Like    Reply    More

 **Jonathan Baram**



43 mins    Like    Reply    More

 **Jonathan Baram**



 Home     Watch 9+     Marketplace 9+     News     Notifications     Menu

 11:47



‹   **Comments**

 order to benefit from a situation they created by acting in bad faith. Corrupt, upstart law firm dicello & levitt are terrified to go up against Jonathan Baram in a courtroom.

43 mins   Like   Reply   More

**Jonathan Baram**



43 mins   Like   Reply   More

**Jonathan Baram**



43 mins   Like   Reply   More

**Jonathan Baram**



 Home     Watch 9+     Marketplace 9+     News     Notifications     Menu

 11:47    

‹    **Comments**


circumstances that have led to the
suit. Its intent is to keep a person
from abusing the justice system in
order to benefit from a situation
they created by acting in bad faith.
Corrupt, upstart law firm dicello & levitt are terrified to
go up against Jonathan Baram in court room

43 mins    Like    Reply    More

  **Jonathan Baram**



43 mins    Like    Reply    More

  **Jonathan Baram**



43 mins    Like    Reply    More

**View more comments...**

 Home     Watch 9+     Marketplace 9+     News     Notifications     Menu

11:47

## Comments

Jonathan Baram



43 mins    Like    Reply    More

 Jonathan Baram



43 mins    Like    Reply    More

**View more comments...**



Write a comment...    Post

Home    Watch 9+    Marketplace 9+    News    Notifications    Menu