# Exhibit E

11:52



**Adam J. Levitt**
Jan 21, 2018

54m   Like   Reply



**Jonathan Baram**



4m   Like   Reply



**Jonathan Baram**



4m   Like   Reply

**Jonathan Baram**





