UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

– against –

WARREN & BARAM MANAGEMENT LLC,

                Defendant.

**ORDER**

20 Civ. 9522 (ER)

RAMOS, D.J.:

      Plaintiff Jane Doe filed this suit on November 12, 2020 against Defendants Jonathan Baram and Warren & Baram Management LLC.  Doc. 1.  Defendant Warren and Baram Management LLC has defaulted.  Doc. 35.  Defendant Baram in his individual capacity was voluntarily dismissed.  Doc. 78.  On January 29, 2022, counsel for Doe filed an application for a temporary restraining order requesting that the Court enjoin Baram from directly communicating with anyone connected with this lawsuit and engaging in abusive and harassing conduct towards counsel and their law firms, including posting online.  Specifically, they reported that Baram sent hundreds of harassing emails to counsel from January 27, 2022 to January 29, 2022 and posted multiple disparaging messages on the private Facebook pages of people associated with counsel's firms.

      The Court held a telephonic conference on February 8, 2022 regarding Baram's behavior towards Doe's counsel during the pending damages inquest and Baram's concerns regarding the public nature of the lawsuit.  As a result of that conference, the Court hereby orders the following:

      Baram is hereby ordered to:

(1) Cease and desist from all electronic and telephonic communications with counsel for Doe, including but not limited to communications with individual counsel, the Haba Law Firm, DiCello Levitt Gutzler LLC, and any employees or individuals connected to these entities.

(2) Cease and desist from posting online, including but not limited to posts on websites and social media platforms, regarding individual counsel for Doe, the Haba Law Firm, DiCello Levitt Gutzler LLC, and any employees or individuals connected to these entities.

Failure to comply with this order may result in the imposition of sanctions.

Baram is also granted leave to make a motion for sanctions against counsel for Doe regarding the unredacted press release on the DiCello Levitt Gutzler LLC website. The motion may be submitted at any time on ECF. Any further necessary communications with counsel for Doe shall be conducted via ECF or by mail to the New York office of DiCello Levitt Gutzler LLC, attention to Franklin Amanat, at 444 Madison Avenue, New York, NY 10022.

The Clerk of Court is respectfully requested to terminate the motion, Doc. 100.

SO ORDERED.

Dated: February 8, 2022
New York, New York

_____
Edgardo Ramos, U.S.D.J.