## CJIS REPORT
## Seminole County Sheriff's Office
### Public Version

Agency ORI: FL0590000

Dating Violence: No   20213442101

| Reported Day/Date: | Time Dispatched: | Time Arrived: | Time Completed: | Date Occurred From: | Date Occurred To: |
|---|---|---|---|---|---|
| Fri 12/10/2021 15:15 | 12/10/2021 15:15 | 12/10/2021 15:18 | 12/10/2021 15:47 | | |

| Subdivision: | | Forced Entry: | Occupancy: | Type of Weapon: | Location Type: | Municipality: |
|---|---|---|---|---|---|---|
| | | N/A | N/A | NA | | AL |

Incident Address:                                             Dispatch Address:

8157 EMERALD FOREST CT SANFORD FL 32771          1020 MONTGOMERY RD ALTAMONTE SPRINGS FL 32714

| #Offenses | #Victims | #Offenders | #Prem. Ent | #Arrested | Drug Related: | Alcohol Related: | Call Disposition: | Signal Code: | Clearance: |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 00 | 00 | 0 | 00 | N | N | Q | 81IR | Inactive |

---

## OFFENSES SECTION

| Off# | Description | Statute# | UCR | Ordinance | Attempt/ Commit | Warrant # | DVR | Drug Activity |
|---|---|---|---|---|---|---|---|---|
| 1 | INFORMATION ONLY - HARASSING EMAILS | 7777777777 | 9000 | No | C | | No  N/A | |
| | | Drug Type: N/A | | | | | | |

---

## PERSON SECTION

Name: **BARAM, JONATHAN TODD**          R/S: **W/M**     DOB: **7/5/1973**       or Age:                Offense Indicator:
Adult/Juvenile: **A**   SSN:          Hgt: **511** Wgt: **185** Hair: **BLACK**     Eyes: **BROWN**     DL#: **B650438732450**    DL State: **FL**
Person Type: **CJIS - ADULT**                                          City of Birth: **UNKNOWN**          Place of Birth: **FL**
Address: **559 NE 44th St #8  Boca Raton, FL 33431**                                              Phone:
Email: **UNKNOWN**                                                      Cell Phone: **UNKNOWN**
OthPhone1:                                          OthPhone2:
NOK:                                               NOK:
NOK Address:                                                           NOK Phone:
Emp. Address:                                        Job: **MODEL AGENT**          Bus. Phone: **UNKNOWN**

Comments:
FCIC/NCIC/CJIS: **False**     Eldery/Disoriented: **False**     Alcohol Invovled: **False**     Trespass Warning: **False**     Court Marchman Act: **False**
Suspicious Act: **False**     Career Crim. Data: **False**    Narcotics Invovled: **False**     Court Baker Act: **False**      Disturb. Warning: **False**
Loitering/Prowling: **False**     Citation#:                Gang Affiliation: **False**       Gang Name:
Other: **AUTHOR OF EMAILS**                Parents Notified: **False**     Parent(s) Name:
Grade/Status:                      School Name: **N/A**
Comments:

Name: **HABA, LISA DIANE**           R/S: **W/F**     DOB: **1/31/1984**       or Age:                Offense Indicator:
Adult/Juvenile: **A**   SSN:          Hgt: **505** Wgt:     Hair: **BLONDE** Eyes: **BROWN**     DL#: **H100524845310**    DL State: **FL**
                                          OR
                                       STRAW
                                       BERRY
Person Type: **CJIS - ADULT**                              City of Birth: **UNKNOWN**            Place of Birth: **CA**
Address: **8157 EMERALD FOREST CT SANFORD, FL 32771**                                        Phone:
Email: **LISAHABA@HABALAW.COM**                                          Cell Phone: **4074948269**
OthPhone1:                                          OthPhone2:
NOK:                                               NOK:
NOK Address:                                                           NOK Phone:
Emp. Address: **1220 COMMERCE PARK DR STE 207 LONGWOOD,**      Job: **ATTORNEY**          Bus. Phone: **844-422-2529**
           **FL 32779**
Comments:
FCIC/NCIC/CJIS: **False**     Eldery/Disoriented: **False**     Alcohol Invovled: **False**     Trespass Warning: **False**     Court Marchman Act: **False**
Suspicious Act: **False**     Career Crim. Data: **False**    Narcotics Invovled: **False**     Court Baker Act: **False**      Disturb. Warning: **False**
Loitering/Prowling: **False**     Citation#:                Gang Affiliation: **False**       Gang Name:
Other: **RECIPIENT OF EMAILS**                Parents Notified: **False**     Parent(s) Name:
Grade/Status:                      School Name: **N/A**
Comments:

Region: SR 44
Agency ORI: FL0590000

Case 1:20-cv-09522-ER-VF   Document 1   Filed 02/21/22   Page 2 of 2

Follow-up: No
Juvenile: No
Domestic Violence: No
Dating Violence: No

Public Agency Report #:
2021CJ020609
Event #:
20213442101

**Seminole County Sheriff's Office**

**Public Version**

## NARRATIVES

| Rpt Date: 12/10/2021 15:38 | Reporter: DI TRAGLIA, CRISTINA | 118090 | Clearance: Inactive | Nar Type: O |
|---|---|---|---|---|
| Mod By: SCSO\cditragl | Mod Date: 12/11/2021 16:14 | | Related Case # | |

On December 10, 2021 at approximately 1518 hours I met with Lisa Haba to discuss recent excessive emails sent by Jonathan Baram.

Haba is an attorney who filed a lawsuit against Baram and his company in 2020 for violating the Trafficking Victims Protection Act. After the case against him was dismissed, Baram continued to send emails to Haba and her associates with no legitimate purpose. I read two of the most recent emails she received, mainly ranting about how unprofessional she is and bragging about avoiding criminal charges. No direct threats were mentioned but Haba thought it was odd how Baram mentioned she should stop "decorating [her] home in Florida." Because she displayed holiday decorations recently, Haba is concerned about Baram potentially stalking her.

Since the lawsuit began, Haba and her co-counsel have received more than 200 emails from Baram with aggressive comments and abusive speech. She contacted law enforcement to document the harassing emails, but thought she did not have sufficient evidence to pursue criminal charges. Haba plans on petitioning for an injunction against Baram if his behavior continues. Haba completed a sworn written statement attesting to the aforementioned facts. I provided her with my business card and case number for documentation purposes.

I swear/affirm the above statements are true and correct:
Officer's Signature:

Sworn to and subscribed before me, the undersigned

authority, this _____ day of _____, in the year_____

DI TRAGLIA, CRISTINA          118090
Name and Employee # (Printed)

Name/Title of Person Authorized to Administer Oath.

| Rpt Date: 02/1/2022 09:27 | Reporter: DI TRAGLIA, CRISTINA | 118090 | Clearance: Inactive | Nar Type: S |
|---|---|---|---|---|
| Mod By: SCSO\cditragl | Mod Date: 02/1/2022 10:04 | | Related Case # | |

I received a follow-up email from Haba stating she received over 200 emails from Baram after sending him a Cease and Desist notice on January 27, 2022. The documentation she provided via email is attached to this report in Case Documents.

I swear/affirm the above statements are true and correct:
Officer's Signature:

Sworn to and subscribed before me, the undersigned

authority, this _____ day of _____, in the year_____

DI TRAGLIA, CRISTINA          118090
Name and Employee # (Printed)

Name/Title of Person Authorized to Administer Oath.

## ADMINISTRATIVE SECTION

Was Crime Scene Processed: No          Processed By:

Officer Reporting: 118090 DI TRAGLIA, CRISTINA
Reviewed By: 196032 MORRIS, JR, WILLIAM JAMES

Assigned To: 118090 DI TRAGLIA, CRISTINA
Clearance: Inactive

Comments: S81 EMAILS

Officer Shift: C          Section: SR          Unit: P6013          Date: 12/10/2021
Review Date: 12/12/2021          Routed to: SR
Assigned Date: 12/11/2021
Clearance Date: 12/10/2021          Assigned Dept: SR          Referred To: