# JONATHAN BARAM

170 NE 2 ST

BOCA RATON, FLORIDA 33432

#1955

CASE 1:20-CV-09522

310 920 0922

April 12, 2022

Dear Judge Ramos

Respectfully, I am requesting for the entire civil law suit against me, be sealed from public until we enter deposition.

**It has destroyed my life, along with my entire families 'lives, when Dicello & Levitt and their conspirators, Lisa Haba sued and labeled me an illegal pimp of children, a child rapist myself & an individual who drugs children without their consent.**

This is a non-fiction story and I abhor any negative behavior against children. I believe in full castration of a child sex offenders and life in prison.

I am not able to find employment. Would you hire an "alleged" international sex trafficker of children? Would you rent an apartment to them? Would you even be friends with them?

I was never accused of any sex crimes against children prior to Dicello, Levitt & Lisa Haba labeled me a child predator, without evidence at all. The first time these horrific accusations appeared on-line (or even off-line), towards me was created and distributed by Dicello & Leviit and Lisa Haba. They are the original creators of this defaming content and therefore are libel. In addition they are libel for the distribution of this content and they are libel for all the media that repeated their evil lies.

My media perception prior to law suit was of a "mentor for his clients "and I was mentioned twice in my career in the New York Post's Page's section in a very positive way regarding my "mentor" reputation. These were the best days of my life when I saw

my name in the New York post. I grew up on that new paper. How cool! I take pride in being seen as protecting my clients because that was my original business plan.

**New York Post**

**Page 6**

**Title "Playboy Fees Irk Models"**

**Model bookers are grumbling about Playboy's practice of charging its models to show up to centerfold castings calls. The magazine is requiring a registration fee pf $19.95 to attend casting calls in various cities. It also charges models $49.99 and $59.99 for sets of their own photos taken at calls. Jonathan Barum of model agency Warren & Barum Productions fumes, "You can be a 300 pound gorilla and they will take your money." (Complete article available upon request)**

**New York Post**

**Page 6**

**Title "No Way to Treat a Lady"**

**EMINEM mistreated one of Hugh Hefner's bimbonic blond girlfriends at an L.A. music video shoot last week. Kendra Wilkerson, one of the Playboy publisher's three squeezes featured on the E! Channel reality show "Girls Next Door," was doused with water by the rapper on the set of "Smack That Ass," Eminem's duet with singer Akon. "Eminem came out of**

his trailer and threw water on her and was really disrespectful," Wilkerson's agent Jonathan Baram tells Page Six. "He flipped out on her. She's a tough girl. She didn't take it, and they went at it - not physically but verbally." Wilkerson played Eminem's "love interest" in the video, Baram says. Eminem mouthpiece Dennis Dennehy says the rapper feels "horrible" about his behavior and sent flowers to the Playboy Mansion to make amends. It seems to have worked. "Now that I think about it, he was probably just playing a joke," Wilkerson tells us. "I don't want there to be any controversy between me and Eminem."

My media perception today in the New York post is a living nightmare!! They are "parroting" Dicello & Levitt's false accusations and also falsely associating me with that monster Peter Nygard who would walk right by me on the street.

New York Post

### Title "Fashion tycoon Peter Nygard's ex-girlfriend allegedly acted as his madam"

In a similar lawsuit filed in Manhattan federal court last month, another woman, listed only as Jane Doe, sued talent agent Jonathan Baram accusing him of sex trafficking her to Nygard, who is not named as a defendant.

Medeiros is a client of Baram's agency. She has appeared in numerous music videos, including R Kelly's "I'm a

Flirt" and Red Hot Chili Peppers "Humpde Bump," according to her bio on Warren & Baram Management's Web site. (The whole article is available upon your request.)

If you seal the civil law suit I can try to remove all of this horrible, false press about me and my management company. It can stop the death threats! I can try and live my life. If you cannot grant my request, can you remove all the criminal accusations and related content about me and my management company? I have worked very hard over the last quarter of a century in my felid. I have no association with Nygard.

Thank you for your time & consideration

## Jonathan Baram