# JONATHAN BARAM

170 NE 2 ST

BOCA RATON, FLORIDA 33432

#1955

CASE 1:20-CV-09522

310 920 0922

April 19, 2022

Dear Judge Ramos

Today I was fired from a feature film in which I booked a theatrical producer role as a performer. I also lost an executive producer credit in the film which is considered "money in the bank," in Hollywood because it is a major resume builder which brings additional financial gain. I was a very successful child actor and model. Therefore this was going be my come back into the entertainment industry.

The sole reason why I was fired was because my adversaries labeled me and illegal pimp of children, international sex trafficker of children, and an individual that drugs children without their consent to rape them. Please check attachment of email correspondence regarding my termination from the film as actor and executive producer.

My adversaries were able to hide under the fact that Jane Doe was allegedly a minor. We have not seen evidence that proves that she was a minor.

Jane Doe is also accountable for the "unclean hands" doctrine with her involvement in the sex trade and bank fraud.

My termination from the feature film is the definition of a defamation lawsuit and much more! As a direct result of my adversaries, I have lost and will continue to lose severe income. I have never been accused of being a child predator before my Dicello levitt Haba labeled me. They are the original creators of this content and the original distributors of this contact. Therefore they are liable.

Your honor I beg you to seal the case until we enter deposition. As you stated in the past, some of my motions can be addressed in deposition but if we never get to deposition then my motions cannot be resolved or even heard. If you seal the case it will save lives and help me to start rebuild my life financially, that they have destroyed.

My adversaries will not go into deposition because they know it was all a lie. To them my life is a chess piece and a "means to an end."

They did not take into consideration that I am a human being

with a family. They did not take into consideration I'm a human being trying to make an income to support my family.

Nygard would walk right past me on the street and that's a fact. He doesn't even know what I look like. I met him for a few minutes In the Bahamas only. I don't associate with that human garbage.

My dad always said "you are who you hang out with." He was correct as usual.

My adversaries are pathological liars and that's why they all associate with each other. Not all attorneys are willing to lie to a judge just because they're not under oath.

Please check the docket regarding Frank Amanda's lies directly to you on the phone regarding his statement "Jane Doe thought she was drugged" compared to the complaint which she states "she was drugged."

The second lie that Frank said was he said they did not call me an illegal pimp on the complaint and press release. Then during the conference call Frank admitted that he did address me an illegal pimp.

Thank you for your time and consideration

Jonathan Baram