--------- Original Message ---------
Subject:
From: "Nickname" <nick@nicknameprojects.com>
Date: 4/19/22 1:43 am
To: "Jonathan;T. Baram" <jonathan@warrenandbaram.com>

Jonathan,

Circling back, unfortunately due to the latest press/legal matters you have been involved with we are unable to move forward with your participation in G&S.
Just no room for static on the project. Its really unfortunate but I hope you can respect the decision.
Best of luck on your future endeavors.
N

NICK SHAELI
NICKNAME PROJECTS INC.

Copyright © 2003-2022. All rights reserved.

# FWD: RE:

"Warren &amp; Baram Management " [jonathan@warrenandbaram.com]

Sent: 4/19/2022 6:46 AM
To: ""jonathan@warrenandbaram.com"" <jonathan@warrenandbaram.com>

Jonathan Baram
President

Warren & Baram Management

115 East 57th Street
Suite 1100

New York, New York 10022

Office 877.808.1681

jonathan@warrenandbaram.com

warrenandbaram.com

--------- Original Message ---------
Subject: RE:
From: "Warren &amp; Baram Management " <jonathan@warrenandbaram.com>
Date: 4/19/22 5:21 am
To: "Nickname" <nick@nicknameprojects.com>

I really need this producer credit to improve my online reputation because of the dicello levitt and Haba

Please don't believe their lies that's why they dismissed the case before deposition because they just want to try to extort money from me

Jonathan Baram
President

Warren & Baram Management

115 East 57th Street
Suite 1100

New York, New York 10022

Office 877.808.1681

jonathan@warrenandbaram.com

warrenandbaram.com