**MEMO ENDORSED**

# Jonathan Baram

170 NE 2 street

Boca Raton, Florida 33432

#1955

Case 1:20—cv-09522

For the reasons stated in the Court's previous orders, Doc. 126, the requests are denied.  SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated: April 25, 2022
New York, New York

April 22, 2022


Dear Judge Ramos

I am requesting that my name, only be redacted from the frivolous, civil law suit complaint? I understand that a non-attorney cannot represent an LLC or any other type of corporation.  My personal name is not a corporation. The sole purpose for an LLC and other corporation types, is a separation from personal and business. Therefore I should be able to represent myself in this matter, resepctfilly.

The case is terminated against me personally. Therefore it should not be visible to the public until we enter deposition.

I understand now, that you denied the majority of my motions to you, because this was an underage, alleged victim of a sex a crime.

This gave my adversaries an extreme advantage over me. In essence, this was their shield for my adversaries to make any horrific, criminal, claims against me, without having to show

evidence, at the stages prior to deposition. Please take note how evil this is of my adversaries.

You did a great "balancing act" between both parties and I understand it's a difficult job.

As I stated they will be accountable for "abusive of process," regarding New York State's sex trafficking laws against minors. This is my life's mission.

These type of horrific crimes against children should not be in a civil lawsuit because the preponderance of evidence can easily be manipulated by a deceptive attorney. These type of horrific accusations against belong in a criminal court room only because they are horrific crimes.

You were extremely empathetic to my horrific accusations. These are crimes against humanity. My adversaries think this is a chess game and I'm just a "means to an end, "but they don't understand that this is my life.

I am also writing a book about my experience and I am be happy to give you a copy. The title will be "Falsely accused by demons." I will respectfully not mention your name in the book but I will mention the great job that you did.

I will not let them take my life!

Thank you for your time and consideration

Jonathan Baram