JONATHAN BARAM

PO BOX 1955

BOCA RATON, FLORIDA 33432

1:20-CV-09522

877 808 1681

May 2, 2022

Dear Judge Figueredo,

I am informing the court of my address change:

**PO Box 1955, Boca Raton, FL 33432.**
Hi
My email contact:

jonathan@warrenandbaram.com.

Please send all updates regarding the default judgment to the email address above , only.

I am requesting for the default judgment to be put aside. I never set up this limited liability corporation. It was set up by an attorney, without my consent. I do not operate under a limited liability corporation. I operate under a sole proprietor and I pay my taxes such as.

Warren & Baram Management LLC is an empty shell with no bank accounts, no assets and no online presence. My web site, letter head, and email's signature, never had the word "LLC" on it.

My adversaries claim that Warren and Baram management LLC and Jonathan Baram is "one in the same". This is part of their justification to feebly, attempt to "pierce the corporate veil" of Warren & Baram Managment LLC.

According to my adversaries' logic, then I can represent the limited liability corporation, titled Warren & Batam Management LLC. They claim we are the same.

I am ready for-deposition/trial for the limited liability corporation. I deny all of these malicious, criminal charges against me. I also request for my adversaries to make a criminal complaint against me. It's been almost 2 years and they have not made a criminal complaint against me. It is their obligation and part of their sworn oath as an attorney.

A person who knowingly and willfully fails to report to the central abuse hotline known or suspected child abuse, abandonment, or neglect, or who knowingly and willfully prevents another person from doing so, commits a felony of the third degree, punishable as provided in **s. 775.082, s. 775.083, or s. 775.084**.

My adversaries are accountable for "abusive of process" during the "me too movement", but they failed. The case was dismissed against me because of lack of evidence and the fear of my adversaries, of entering deposition/trial.

 My adversaries are more concerned with a financial gain then the true justice for Jane Doe. If my adversaries wanted true justice for Jane Doe, we would enter deposition/trial. I am ready for both. If Jane Doe wanted true justice for herself she would want to enter deposition/trial.

Jane Doe is accountable for the "unclean hands doctrine" due to her prior offenses in the sex trade and bank fraud.

I have no association with Peter Nygard. I have never had an association with Nygard. Nygard would walked right past me on the street. Nygard deserves to rot in prison. I don't associate with evil people like that. That's why my adversaries could never find one picture or group picture of me and Nygard together. This is an impossibility, in this social media world we live in, not to find even one image. Everyone has a camera in their pocket, Also known as a cell phone. This is a pattern of baseless claims that are not even logical from my adversaries. They are playing the court system like some type of game but they don't realize they are destroying countless lives and putting them in danger.

My family and I have received death and property threats as a direct result of my adversaries labeling me an illegal pimp for children and a child rapist with no evidence. They even created a false press release, against me, that they promoted like a publicist. It took them one year and eight months for them to remove the defaming, press release

from their website. They will also be accountable for that because the damage is long done. I am not able to find employment and my life is in danger every day, including my family's lives. Please put a stop to this.

Please put this default judgment to the side. It is a complete waste of the courts' and your time. My adversaries have proven to be unreliable narrator's to say the least. My adversaries have spent almost 2 years wasting everyone's time without any consideration for others.

This is a unique situation and deserves special attention. I should not be prosecuted (default judgment) because I cannot afford a lawyer. If I am allowed to represent myself, I should be allowed to represent a limited liability corporation. Another solution is the court assigning me an attorney for no financial charge for this default judgment only. I would be very appreciative.

Thank you for your time and consideration

Jonathan Baram