UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

JANE DOE,

                                        Plaintiff,

      -against-

WARREN & BARAM MANAGEMENT LLC,

                                     Defendant.

-------------------------------------------------------------------X

**20-CV-9522 (ER) (VF)**

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A Case Management Conference in this matter is hereby scheduled for **Thursday, May 12, 2022, at 4:30 pm** to discuss the damages inquest. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335.**

        SO ORDERED.

DATED:    New York, New York
                May 3, 2022

                                                                    _____
                                                                    VALERIE FIGUEREDO
                                                                    United States Magistrate Judge