# JONATHAN BARAM

PO BOX 1955

BOCA RATON, FLORIDA 33432

CV 1:20-09522

310 453 6865

May 31, 2022

Dear Judge Figueredo,

The updated, address for Warren & Baram Management LLC is (**Please update docket and complaint**):

**P.O. Box 1955**
**Boca Raton, Florida 33432**

I want to confirm that my adversaries, the court and the constables understand not to send any documents for service, to the prior, address associated with the LLC.

My adversaries defied 2 orders from the Honorable Judge Ramos to stop sending very, threatening mail to my elderly and sick family member's home address. It is not an office building. They are fully aware that this is not an office building but at home.

They are attempting to extort me and my family for money because their law suit failed. My family is extremely terrified from the threats from the dicello levitt and the haba law firm.

I am traveling for the summer season and I cannot get any hard copy mail. I will comply with ALL court order via email. My intention is to comply to all court orders promptly. I am available for conference calls.

Please send all information for the default judgment to the email on record with the court **ONLY**:

Jonathan@warrenandbaram.com

Thank you for your time and consideration

*Jonathan Baram*