# Jonathan Baram

Po Box 1955
Boca Raton, Florida, 33432
Case No. 1:20-cv-09522
Cell 310 453 6865

June 21, 2022

Dear Judge Ramos and Judge Figueredo

This default judgment was achieved from fraud. My adversaries should not be granted the "piercing of the corporation" Warren & Baram Management LLC.

The default judgements was not granted by any wrong doing or errors on my part. I respected all the timelines of this court and met all my requirements. The default judgment was singularly, executed because I did not have the money to pay for a lawyer. A LL non lawyer cannot represent an LLC.

This is extremely discriminatory. I should not be punished because I am indigent. I offered to provide the court with the last 10 years of my tax returns to prove my indecency. This default judgment should be put aside due to the discriminatory nature against me.

The civil complaint was complete fraud from the beginning. The civil complaint states that I raped, drugged a minor and ran a

major international sex trafficking organization. This is all a vicious evil lie.

It is documented on our first conference call with the honorable Judge Ramos that Frank Amada stated "Jane Doe thought she was drugged." but on the vicious civil complaint and press release it states something very different. The statement in the civil complaint and press release turns my alleged actions into a vicious crime by stating "Jane Doe was drugged by me without her consent "like it was a fact.  There was no toxicology test performed on Jane Doe and Jane Doe is not a toxicologist. Jane Doe also never received any medical attention for this alleged, forced, anal rape from Nygard. Forced anal rape would require medical attention.

Nygard was also never charged criminally for this specific alleged criminal event with me. He's been investigated by the Canadian and the American authorities and they found nothing in regards to Doe vs. Baram. This is because it was completely a manufactured event by Dicello Levitt and The Habe law firm.  Nygard sits in jail for similar crimes where he belongs. I have no association with that monster. I was raise much better than that.

This is one example of many evil lies portrayed by my adversaries. I don't want to waste the courts time with a laundry list of lies but they are available upon request and many of them are actually on the docket and easy to prove. My adversaries conveniently said that there multiple inconsistencies, on their

civil complaint was always a mistake on their part. They conveniently made many mistakes.

In the year 1997 I I started my model and talent agency. My intention from the beginning was to be honorable and treat my clients like family. I was fully aware that the industry had a horrible reputation and I thought my advantage would be, being the opposite that people expected. I created the phrase "beauty is power" which derived from a saying that my father taught me **"knowledge is power"** from Sir Francis Bacon.

**"Beauty is power"** means that women can dictate the terms in any situation with the power they possess of their inner and outer beauty. This was written in the year 2000.

I met with an attorney to find out how I should set up my agency tax wise. In 2000, there were no websites like Legal Zoom, therefore a non-attorney was not able to set up a corporation or even nowhere to start. The attorney suggested an LLC. I explained to him I am a "one man shop" and plan to remain that way. I left the office and told him I would think about it.

After research, I realized that this LLC was not appropriate for me because of tax purposes and other financial reasons. It would require quarterly, estimated income tax which I cannot afford up front. Also due to the fact that I'm a "one man shop" it would not make business sense to be a limited liability corporation because of the normal multiple members in a corporation. My financial situation at the time would not be able to afford the operation of an LLC so I declined it. The attorney set up the LLC without my

consent. I requested for him to cancel it. The attorney did not cancel it. I never received any documents regarding the LLC. The first time I was aware of it was when I saw it online. I emailed the websites to remove it with no success. I did my part but I am not an attorney and not familiar with this process.

I never operated under Warren and Baram management limited LLC. I operated under a sole proprietorship using my name.

I will provide 3 years of tax returns starting at 2017 in this motion to prove my tax file status under my name and not under an LLC name ever!  I am willing and able to show more tax returns from other years and related documents upon request.

The location where I make my income, indicates my status as a Florida resident and I am a benefactor of the Homestead Act in Florida. Article X, Section 4 of the Florida Constitution states that a judgment creditor cannot force the sale of the debtor's homestead to satisfy the creditor's money judgment.

You will notice I paid taxes under Jonathan Baram, only.   I can provide the court with 20 years of tax returns, all filed under my name and not an LLC.

Therefore, I am not responsible for the duties and responsibilities of a limited liability corporation my adversaries have no evidence to the contrary.

Warren and Baram management LLC has no office, no bank account and no office records because it does not exist. It is an empty shell that never owned anything ever!

There are no office documents listed or assigned under Warren and Baram Management LLC. Nowhere on my website, letter signature or my email signature does it say the word **"LLC. "** It never said the word **"LLC"** anywhere, associated with my company on and off the internet.

The case was dismissed against me and I have not been found libel for these criminal accusations. I have committed no crime. This lawsuit has not concluded that I have not committed any crimes or civil violations. There were no facts uncovered in this lawsuit. The only way we can uncover facts if we go to trial. I am willing am very able to go to deposition and trial. The truth is on my side and will always prevail.

My aviaries took advantage of the "Me too movement" and committed "abuse of process" and fraud. They took advantage of the court system and wasted everyone's time. My adversaries accused me of crimes against humanity but never filed a criminal complaint. This goes against their sworn oath as a Attorneys, to not report crimes against children. They did not make a criminal complaint because they have no evidence. It's been over two years and they have not contacted the authorities or made a police report. It is a crime not to report crimes against children. It was all a lie. They looked at me like a "means to an end" and not a human being. They were hoping for a settlement before deposition but they were very very wrong.

My life's mission is to hold them accountable. Jane and John Doe also, must be identified so they don't terrorize another family again. They will also be accountable. I would like to go to deposition and trial regarding this issue of "piercing the corporate veil."  I am only available for a remote deposition and trial due to the fact that I'm traveling for the summer season. If you will not allow me to represent myself will you provide me an attorney for no fee? The Prosey department does not work with LLC cases.

Thank you for your time and consideration

Jonathan Baram