# SCHEDULE C (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business
(Sole Proprietorship)

▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information.
▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2017**

Attachment Sequence No. **09**

Name of proprietor: JONATHAN T BARAM

Social security number (SSN): XXX-XX-XXXX

- **A** Principal business or profession, including product or service (see instructions): [redacted]
- **B** Enter code from instructions: [redacted]
- **C** Business name. If no separate business name, leave blank.
- **D** Employer ID number (EIN), (see instr.)
- **E** Business address (including suite or room no.) ▶ 3100 COLLINS AVENUE APT 1605
  City, town or post office, state, and ZIP code: MIAMI BEACH, FL 33140
- **F** Accounting method: (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ▶
- **G** Did you "materially participate" in the operation of this business during 2017? If "No," see instructions for limit on losses ... [X] Yes [ ] No
- **H** If you started or acquired this business during 2017, check here ... [ ]
- **I** Did you make any payments in 2017 that would require you to file Form(s) 1099? (see instructions) ... [ ] Yes [X] No
- **J** If "Yes," did you or will you file required Forms 1099? ... [ ] Yes [X] No

## Part I  Income

| # | Description | Amount |
|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ▶ [ ] | [redacted] |
| 2 | Returns and allowances | [redacted] |
| 3 | Subtract line 2 from line 1 | [redacted] |
| 4 | Cost of goods sold (from line 42) | |
| 5 | Gross profit. Subtract line 4 from line 3 | [redacted] |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | |
| 7 | Gross income. Add lines 5 and 6 ▶ | [redacted] |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| # | Description | Amount | # | Description | Amount |
|---|---|---|---|---|---|
| 8 | Advertising | 149 | 18 | Office expense (see instructions) | [redacted] |
| 9 | Car and truck expenses (see instructions) | 7,195 | 19 | Pension and profit-sharing plans | |
| 10 | Commissions and fees | 745 | 20 | Rent or lease (see instructions): | |
| 11 | Contract labor (see instructions) | | 20a | Vehicles, machinery, and equipment | |
| 12 | Depletion | | 20b | Other business property | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | | 21 | Repairs and maintenance | |
| | | | 22 | Supplies (not included in Part III) | [redacted] |
| | | | 23 | Taxes and licenses | |
| 14 | Employee benefit programs (other than on line 19) | | 24 | Travel, meals, and entertainment: | |
| | | | 24a | Travel | |
| 15 | Insurance (other than health) | | 24b | Deductible meals and entertainment (see instructions) | [redacted] |
| 16 | Interest: | | 25 | Utilities | |
| 16a | Mortgage (paid to banks, etc.) | | 26 | Wages (less employment credits) | |
| 16b | Other | | 27a | Other expenses (from line 48) | |
| 17 | Legal and professional services | | 27b | Reserved for future use | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a ▶ | [redacted] | | | |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | [redacted] | | | |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). Simplified method filers only: enter the total square footage of: (a) your home: ____ and (b) the part of your home used for business: ____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | | | | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | [redacted] | | | |

- If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on Schedule SE, line 2. (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3**.
- If a loss, you **must** go to line 32.

32 If you have a loss, check the box that describes your investment in this activity (see instructions).
- If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2**. (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3**.
- If you checked 32b, you **must** attach **Form 6198**. Your loss may be limited.

- 32a [X] All investment is at risk.
- 32b [ ] Some investment is not at risk.

For Paperwork Reduction Act Notice, see the separate instructions.

Schedule C (Form 1040) 2017

EEA

# Form 1040 — U.S. Individual Income Tax Return (2017)

Department of the Treasury - Internal Revenue Service (99)
OMB No. 1545-0074
IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2017, or other tax year beginning ____, 2017, ending ____, 20__

See separate instructions.

**Your first name and initial:** JONATHAN T
**Last name:** BARAM
**Your social security number:** XXX-XX-XXXX

If a joint return, spouse's first name and initial: ____
Last name: ____
Spouse's social security number: ____

**Home address (number and street).** If you have a P.O. box, see instructions.
3100 COLLINS AVENUE
**Apt. no.** 1605

Make sure the SSN(s) above and on line 6c are correct.

**City, town or post office, state, and ZIP code.** If you have a foreign address, also complete spaces below (see instructions).
MIAMI BEACH    FL    33140

Foreign country name: ____    Foreign province/state/county: ____    Foreign postal code: ____

**Presidential Election Campaign** — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   [ ] You   [ ] Spouse

## Filing Status (Check only one box)

1. [X] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4. [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) (see instructions)

## Exemptions

- 6a [X] **Yourself.** If someone can claim you as a dependent, do not check box 6a.
- 6b [ ] **Spouse**
- 6c **Dependents:** (1) First name / Last name / (2) Dependent's social security number / (3) Dependent's relationship to you / (4) Chk if child under age 17 qualifying for child tax credit (see instructions)

Boxes checked on 6a and 6b: **1**
No. of children on 6c who:
- lived with you
- did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

Add numbers on lines above ▶ **1**

d. Total number of exemptions claimed

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 260 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions / 15b Taxable amount | |
| 16a | Pensions and annuities / 16b Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits / 20b Taxable amount | |
| 21 | Other income | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 260 |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid   b Recipient's SSN ▶ | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 35 | 0 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 260 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.
EEA
Form **1040** (2017)

*[CLIENT COPY watermark]*

| Form **1040** | Department of the Treasury--Internal Revenue Service (99) **U.S. Individual Income Tax Return** | 2018 | OMB No. 1545-0074 | IRS Use Only--Do not write or staple in this space. |

**Filing status:** [X] Single [ ] Married filing jointly [ ] Married filing separately [ ] Head of household [ ] Qualifying widow(er)

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| JONATHAN T | BARAM | ███-██-████ |

**Your standard deduction:** [ ] Someone can claim you as a dependent  [ ] You were born before January 2, 1954  [ ] You are blind

| If joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|

**Spouse standard deduction:** [ ] Someone can claim your spouse as a dependent  [ ] Spouse was born before January 2, 1954  [X] Full-year health care coverage or exempt (see inst.)
[ ] Spouse is blind  [ ] Spouse itemizes on a separate return or you were dual-status alien

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Presidential Election Campaign (see inst.) [ ] You [ ] Spouse |
|---|---|---|
| 65 WASHINGTON AVENUE | 6 | |

City, town or post office, state, and ZIP code. If you have a foreign address, attach Schedule 6.
MIAMI BEACH FL 33139

If more than four dependents, see inst. and ✓ here ▶ [ ]

**Dependents** (see instructions):
(1) First name  Last name  (2) Social security no.  (3) Relationship to you  (4) ✓ if qualifies for (see inst.): Child tax credit / Credit for other dependents

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | DRIVER | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | PTIN | Firm's EIN | Check if: |
|---|---|---|---|---|
| ███████████ | | P00613353███████ | | [ ] 3rd Party Designee |
| Firm's name ▶ HRB TAX GROUP INC | | Phone no. 305-███-████ | | [ ] Self-employed |
| Firm's address ▶ ███ 5TH ST | | | | |
| MIAMI BEACH FL 33139 | | | | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  Form **1040** (2018)

FDA  18  1040S1  BWF 1040    Form Software Copyright 1996 – 2019 HRB Tax Group, Inc.

CLIENT COPY

#1

| SCHEDULE C (Form 1040) | **Profit or Loss From Business** (Sole Proprietorship) ▶ Go to www.irs.gov/ScheduleC for instructions and the latest information. ▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065. | OMB No. 1545-0074 **2018** Attachment Sequence No. 09 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | |

Name of proprietor: JONATHAN T BARAM
Social security number (SSN): 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 (redacted)

A. Principal business or profession, including product or service (see instructions): TAXI & RIDESHARING SERVICES
B. Enter code from instructions: ▶ 4853_ _ (redacted)
C. Business name. If no separate business name, leave blank.
D. Employer ID no. (EIN) (see instr.)
E. Business address (including suite or room no.) ▶ 65 WASHINGTON AVENUE APT 6
City, town or post office, state, and ZIP code: MIAMI BEACH FL 33139
F. Accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶
G. Did you "materially participate" in the operation of this business during 2018? If "No," see instructions for limit on losses ..... ☒ Yes ☐ No
H. If you started or acquired this business during 2018, check here ..... ▶ ☐
I. Did you make any payments in 2018 that would require you to file Form(s) 1099? (see instructions) ..... ☐ Yes ☒ No
J. If "Yes," did you or will you file required Forms 1099? ..... ☐ Yes ☐ No

### Part I — Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ▶ ☐ | 1 | 21,348 |
| 2 | Returns and allowances | 2 | (redacted) |
| 3 | Subtract line 2 from line 1 | 3 | 21,348 |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 21,348 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | 110 |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 21,458 |

### Part II — Expenses. Enter expenses for business use of your home only on line 30.

| 8 | Advertising | 8 | 149 | 18 | Office expense (see instructions) | 18 | |
|---|---|---|---|---|---|---|---|
| 9 | Car and truck expenses (see instructions) | 9 | 10,205 | 19 | Pension & profit-sharing plans | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b | Other business property | 20b | |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instr.) | 13 | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | |
| | | | | b | Deductible meals (see instructions) | 24b | |
| 15 | Insurance (other than health) | 15 | | 25 | Utilities | 25 | |
| 16 | Interest (see instructions): | | | 26 | Wages (less employment credits) | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 27a | Other expenses (from line 48) | 27a | 10,93_ |
| b | Other | 16b | | b | Reserved for future use | 27b | |
| 17 | Legal and professional services | 17 | | | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a ▶ | | | | | 28 | 21,293 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | 165 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). Simplified method filers only: enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | | | | | 30 | 0 |
| 31 | Net profit or (loss). Subtract line 30 from line 29. • If a profit, enter on both **Sch 1 (Form 1040), line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | | | | | 31 | 165 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.** • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | | | | 32a ☐ All investment is at risk. 32b ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions.   Schedule C (Form 1040) 2018

FDA   18  C1   BWF 1040   Form Software Copyright 1996 – 2019 HRB Tax Group, Inc.

(watermark: CLIENT COPY)

| | a Employee's social security number ~~███-██-████~~ | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | |
|---|---|---|---|---|
| b Employer identification number (EIN) 45-~~███████~~ | | | 1 Wages, tips, other compensation ~~█████~~ | 2 Federal income tax withheld ~~█████~~ |
| c Employer's name, address, and ZIP code MANAGER 205 LLC 205 Collins Ave Miami Beach  FL  33139 | | | 3 Social security wages ~~█████~~ | 4 Social security tax withheld ~~█████~~ |
| | | | 5 Medicare wages and tips ~~█████~~ | 6 Medicare tax withheld ~~█████~~ |
| | | | 7 Social security tips | 8 Allocated tips 0 |
| d Control number | | | 9 | 10 Dependent care benefits 0 |
| e Employee's first name and initial  Last name  Suff. Jonathan  Baram 65 Washington Ave Miami Beach  FL  33139 | | | 11 Nonqualified plans 0 | 12a See instructions for box 12 |
| | | | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| | | | 14 Other | 12c |
| | | | | 12d |
| f Employee's address and ZIP code | | | | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

Form **W-2**  Wage and Tax Statement  **2019**  Department of the Treasury—Internal Revenue Service

Copy C—For EMPLOYEE'S RECORDS (See *Notice to Employee* on the back of Copy B.)

Safe, accurate, FAST! Use   IRS *e-file*