

Exhibit A

BEAUTY, INC.

## LEGITIMATE PIMP

JONATHAN BARAM IS LIVING EVERY MAN'S DREAM: HE MAKES TONS OF MONEY SEEKING OUT BEAUTIFUL WOMEN. HIS SPECIALTY? REAL WOMEN WITH REAL BODIES. OUR KINDA GUY.