L5JCbarC

```
 1    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 2    ------------------------------x

 3    JANE DOE,

 4                  Plaintiff,

 5             v.                          20 Civ. 9522 (ER)
                                           Telephone Conference
 6    JONATHAN BARAM, et al.,

 7                  Defendants.

 8    ------------------------------x
                                           New York, N.Y.
 9                                         May 19, 2021

10                                         4:00 p.m.

11

12    Before:

13                       HON. EDGARDO RAMOS,

14                                         District Judge

15                          APPEARANCES

16    DiCELLO LEVITT GUTZLER LLC
           Attorneys for Plaintiff
17    BY:  FARZIN F. AMANAT
           -and-
18         LISA HABA

19    JONATHAN BARAM
           Defendant Pro Se

20

21

22

23

24

25
```

L5JCbarC

 1          (The Court and all parties appearing telephonically)

 2          THE COURT:  Good afternoon, everyone.  This is

 3   Judge Ramos.  Jazmin, please call the case.

 4          (Case called)

 5          MR. AMANAT:  Good afternoon, your Honor.  This is

 6   Frank Amanat from DiCello Levitt Gutzler on behalf of

 7   plaintiff, Jane Doe.

 8          MR. BARAM:  Good afternoon, your Honor.  This is

 9   Jonathan Baram representing Jonathan Baram.

10          THE COURT:  Good afternoon to you all.  I take it that

11   there is no one on the line representing the firm Warren &

12   Baram?

13          MR. BARAM:  No, but I didn't think that that was what

14   the phone call was regarding.  I thought it was regarding the

15   sanctions?

16          THE COURT:  No, we'll get to that.  I just want to

17   make sure because if there is no one representing Warren &

18   Baram, it appears that it will be appropriate at this juncture

19   to enter a default against the firm.

20          MR. BARAM:  Yes, that is correct, your Honor.

21          THE COURT:  Mr. Amanat, what do you want to do about

22   the request for sanctions that you've made?

23          MS. HABA:  And, your Honor, I apologize for

24   interrupting.  I just want to make sure my appearance is on the

25   record.  This is Lisa Haba from the Haba Law Firm, representing

L5JCbarC

the plaintiff, as well.  And I'm going to turn it over to

Mr. Amanat.

        MR. AMANAT:  Apologies, your Honor.  I didn't realize

Ms. Haba was going to join us, otherwise I would have

introduced her, as well.

        Yes, your Honor.  Well, in terms of what we want to

do, I mean, your Honor's procedures require a premotion

conference, which is what we requested as a procedural posture.

At this juncture, we've basically fully briefed it in the

context of the premotion conference letters.  So, we think the

arguments in favor of sanctions that were set forth in the two

letters that we had submitted to the Court are still true.

        Mr. Baram continues to post material on his own

website or on Warren & Baram's website, as the case may be, as

well as on his own Facebook page.  He's also made postings on

my firm's Facebook page and on Ms. Haba's Facebook page, we

provided some examples for the Court, which continue to make

inappropriate and disparaging comments about the attorneys that

appear calculated to tamper with witnesses by discouraging

people with knowledge of relevant events from coming forward

and speaking with us.  And for the reasons that are set forth

in our March 12th letter and the followup letter that was sent

to the Court a couple weeks ago, this type of behavior is

inappropriate and is subject to the Court's authority to impose

sanctions.

L5JCbarC

1          Initially, when we issued the March 12th letter, a few

2    weeks after that, Mr. Baram did take defaming material off of

3    the website.  In fact, the entire website was taken down for a

4    period of time.  But then, more recently, we observed that he

5    has resurrected those and put new additional material on his

6    website, as well.

7          THE COURT:  Now, can I ask you, Mr. Amanat, just to

8    distinguish between the Warren & Baram website and any personal

9    website that Mr. Baram may have?

10          MR. AMANAT:  So, he has a personal Facebook page,

11    which is in his own name, where he also posted someone as

12    Public Enemy No. 1, and you can see that, for example, in

13    Exhibit C to document 42 that we filed, are some examples of

14    that.  Part of Exhibit C also includes postings that he made on

15    my firm's Facebook page and on Ms. Haba's Facebook page.

16          Now, the main website, which is where we see the

17    postings from Exhibit B and Exhibit A to document 42, so that's

18    WarrenBaram.com, and it purports to be the website operated by

19    the corporate entity.  However, I do believe that in a court

20    filing that Mr. Baram submitted to the Court — I can find it in

21    just one moment here, I have it in my binder — he informed the

22    Court that he controls the content of that website and is

23    responsible for determining what gets posted there and what

24    does not get posted there.  This is in his letter to the Court.

25    His letters to the Court, dated March 15th, 2021, which is

L5JCbarC

1    filed at document 28, he says in reference to the premotion

2    conference that we had before your Honor back in February, he

3    says I was asked about Warren & Baram Management LLC, that is

4    not a website, I never denied control of the website.  He then

5    goes on to explain how following our March 12th letter, it says

6    I also removed the posting.  And he goes on to characterize the

7    statements that had been made on the WarrenBaram.com website,

8    which he subsequently removed as of March 15th.  He says, those

9    statements I made were true.  I filed the complaint with the

10    attorney grievance committee, I am entitled to Warren my

11    website, registers clients and potential clients of my

12    adversaries who are aggressively contacting them and harassing

13    them.  So in his letter to the Court of March 15th at ECF 28,

14    he clearly stated that he is personally and individually

15    responsible for the content of the WarrenBaram.Com website.

16          Does that answer your question, your Honor?

17          THE COURT:  I forget what my question was, Mr. Amanat,

18    I have to say.

19          MR. AMANAT:  Your question was, you asked me to

20    distinguish between his personal website and the company's

21    website.

22          THE COURT:  Yes.  And the reason why I asked that was

23    because there was a time that Mr. Baram indicated that he had

24    nothing to do with Warren & Baram.

25          So, Mr. Baram, which is it?  Are you affiliated with

L5JCbarC

1    Warren & Baram, do you run its website and do you also --

2                    MR. BARAM:  Your Honor --

3                    THE COURT:  Go ahead.

4                    MR. BARAM:  Your Honor, I have never, ever stated on

5    the phone or in a letter that I never operated that website,

6    ever.  That is a direct lie.  The only thing I stated was I

7    have nothing do with the LLC.  That has to be set up with an

8    attorney.  I cannot set it up.  This was set up 20 years ago

9    without my consent.  I have no way of finding out any more

10   information about it.  Unfortunately, this is the only position

11   I'm in, but I never, ever, ever denied my website, ever.  And

12   I'd like to see or hear any documentation that says that.

13   That's not true at all.  So the only thing I'm denying is

14   Warren & Baram LLC, I operate under a sole proprietorship,

15   which is not an LLC.  So I had to let Warren & Baram go.  LLC,

16   it has nothing to do with my website at all.

17                   THE COURT:  Okay.  So --

18                   MR. BARAM:  And it doesn't say LLC or corporation

19   anywhere on my website, so now Frank mentioned or alluded to

20   that, unless I misunderstood.  I thought he said something

21   about corporation on my website.  That's actually not true.

22                   THE COURT:  So, here's my question to you:  Do you

23   still have these postings up on the Warren & Baram website and

24   on your own personal Facebook?

25                   MR. BARAM:  No, I do not, your Honor.  In my opinion,

L5JCbarC

1    I thought it was appropriate.  The moment that the *pro se*

2    department told me that it's best to remove it and find out

3    what the judge says -- but the *pro se* department did say to me

4    that they didn't see anything wrong with it, especially the bad

5    review they had on Facebook that wasn't even put up by me, it

6    was put up by someone over a year ago way before I knew about

7    this lawsuit.

8           THE COURT:  So, here's what I think about it.  I think

9    that they are inappropriate, I think that they disparage

10   opposing counsel in a way that had nothing to do with the

11   substance of the case, and I think that certain of the postings

12   that were described to me, including one that says, "If you

13   receive an email regarding my agency from this individual, be

14   careful and don't respond," it can be easily construed as an

15   attempt to influence witnesses inappropriately.

16          So, here's what I'm going to direct you to do.  I'm

17   going to direct you that to the extent that any of these

18   postings are still up, that you take them down, and that if you

19   do not or that if you repost any similar or post any similar

20   messages, at that point, I likely will have no option other

21   than to impose sanctions.

22          So are we clear about all of that?

23          MR. BARAM:  Yes, your Honor.

24          But I would like to speak, because they are doing the

25   exact same thing to me for over a year.  Please let me speak,

L5JCbarC

1    sir, please.

2                THE COURT:  I'm happy to hear you.

3                MR. BARAM:  Thank you very much.

4                Like I said, they are doing the exact same thing to me

5    for the last year.  And here we go.  And I apologize if it's

6    long, but I have some valid points to make.

7                My adversaries have conspired to create a false press

8    release with complete false representations of the truth.  They

9    were acting like publicists, sending out press releases to all

10   the media aggressively.  They even sent out the press release

11   and placed it on their website predominantly, many months

12   before I was served the lawsuit and before I was aware — I

13   don't even know if that's allowed.  This has crippled my

14   ability to do a proper investigation.  They have tampered with

15   my witnesses and potential witnesses, labeling me a ringleader

16   in an international sex trafficking with Niger, when I'm not

17   even being sued for that, which is kind of weird.  They've also

18   labeled me a child rapist, a person that secretly put drugs in

19   Jane Doe's drinks, even though Jane Doe had no toxicology tests

20   performed, Jane Doe cannot determine on her own -- they have

21   also interfered with my industry clients, my model clients with

22   this press release.  They were casting stereotypes against me,

23   trying to paint me like that negative sleazy Hollywood agent.

24               When I started my business, your Honor, my objective

25   was to break the stereotypes and treat my clients like family.

L5JCbarC

1   My business motto is Beauty is Power, which I wrote over

2   10 years ago, which conflicts with everything they're saying

3   about me in this horrific picture.  Beauty is Power is a motto

4   that empowers women to use their inner and outer beauty to

5   dictate the terms in any bad situation.  I want to teach them

6   that they have that power.  It's kind of funny that they're

7   painting me to be the exact opposite.  All Americans are

8   entitled to the presumption of innocence.

9            On the press release, my adversaries are promoting a

10  picture of me that's 14 years old with the caption "Hebrew

11  Pimp."  For the record, I have one social media account, which

12  is Facebook.  I have not accessed MySpace for at least

13  16 years.  Due to this malicious act of loading this image, it

14  ended up in the legit media.  My adversaries are attempting to

15  drastically take this picture out of context with malicious

16  intent, and I will explain.

17           The caption, "Hebrew Pimp," is hiphop vernacular.  As

18  I stated in the past, I book many of the A-list music hiphop

19  videos for over 20 years.  I was the first agent to require

20  signed contracts for talent payment and implementing overtime.

21  This hiphop vernacular -- this is hiphop vernacular which is a

22  language inside a language that sometimes means the opposite.

23  In the hiphop community, the word "pimp" is a positive label

24  and has absolutely nothing to do with illegal sex trade.  It

25  means an individual who went from the bottom to the top and

L5JCbarC

1    enjoying the finer things in life.  The hiphop artists emulate

2    these pimps from the '70s, but minus the sex trade part.  The

3    hiphop artists love custom cars, jewelry, everything that's

4    flashy.  My adversaries also falsely stated that I proclaim

5    myself a pimp.  That is 100 percent incorrect.  And they are

6    wasting time.  I was given this title, if you want to call it,

7    of a legitimate pimp by the biggest magazine in hiphop,

8    legitimate meaning legal and not related to the sex trade.

9        So this gets back to what I was saying before.  In the

10   five-page interview, the whole theme is how I take care of my

11   models like family and I fight for them every step of the way,

12   breaking all stereotypes.  This feature interview is not

13   online, but I can provide it to the Court if the adversaries

14   sign an NDA that it won't go online because I don't want it

15   online.  I have two great examples of "pimp" being used in this

16   fashion.  I'm not going to take any more of your time, but I

17   think this will really drive it home, okay?  Please.

18       MTV cable channel, which is owned by Viacom, a very

19   responsible family owned, oriented company, has a TV series

20   called Pimp My Ride, hosted by a hiphop artist named Xzibit.

21   MTV had no intentions of labeling their TV series after an

22   illegal sex trade business.  The show was about one lucky

23   individual who introduces his old beat up car, and then it was

24   converted into what they, quote-unquote, call a "pimp flashy

25   ride" with his initials on the door and customizing, getting

L5JCbarC

1  back to the '70s pimps.

2          Another example, Jay-Z, who was just inducted into the

3  hall of fame and is a living legend, along with his wife

4  Beyonce´, one of Jay's most successful songs was Big Pimping.

5  Do you think Def Jam Universal, which owns Jay's label, would

6  ever put out a song about the illegal sex trade?  The song is

7  about Jay-Z coming from the Morrissey Projects, which are very

8  dangerous, rising to the top and living the optimal dream.  In

9  the video, he's seen on yachts and living the good life.

10          THE COURT:  Mr. Baram, can I just stop you a second.

11  I don't think anyone on this call -- I mean, certainly I'm not

12  as steeped in hiphop language and culture as you are, but I

13  think we all understand that "pimp," the word "pimp" has

14  several connotations.

15          MR. BARAM:  Right.  And one more example, sir, the

16  word "phat," not to be disrespectful, but it's not considered a

17  good thing in society, but if you say that song is phat, it

18  actually means it's a great song.

19          So I'm not going to bore you to death on that.  I

20  think we all understand that them misinterpreting that and

21  sending it to every press media around the world I think is the

22  same thing and I would like to put sanctions on them.

23          May I continue?

24          THE COURT:  You can continue for a short period of

25  time.

L5JCbarC

1          MR. BARAM:  Okay.  My adversaries have gone from

2     unreliable narrators to pathological liars.  Pardon -- I don't

3     mean disrespect by that, but it's just what it is.  They are

4     casting stereotypes against me and my clients.  I believe I'm

5     entitled to let my clients, future clients, and all my web

6     registers and potential registers, let them know about this

7     lawsuit and the coconspirators just like my adversaries are

8     doing.  I would like to initiate sanctions on my adversaries

9     for promoting that image of me around world.  Unfortunately,

10     sometimes in life, people believe what they read.  My

11     adversaries thought that their false perception would win the

12     day, and I will not allow that to happen, your Honor.  I'm

13     going to bring evidence to the Court, and that will be my

14     defense.  And not only the words of Jane Doe, it's easy to

15     prove on my end because the reality is my -- they know nothing

16     about me and that will be their downfall.

17          Thank you, your Honor.

18          THE COURT:  Mr. Amanat, do you want to respond briefly

19     to Mr. Baram's assertions that you folks have been posting

20     inappropriate messages about him?

21          MR. AMANAT:  Well, I mean, it's difficult to respond

22     because it was, forgive me, but it was hard to follow a lot of

23     what he was trying to say, but I'll do the best I can.

24          We certainly have not posted anything anywhere

25     approaching what he's describing.  The only thing we posted was

L5JCbarC

1    right and certainly after the complaint was filed, we issued a

2    very short press release, as we do with most of the cases that

3    we file after they've been filed, which provides a brief

4    summary of what the allegations in the complaint against

5    Mr. Baram state and it characterizes them as just that, as

6    allegations in a complaint.  The word "pimp" is not used in the

7    press release, so I'm really not sure why he spent as much --

8    forgive me.  It is.  I see.

9           So, what it says is while Baram purports to run a

10   talent agency for models and actresses, the complaint posts

11   pictures of Baram in which he proclaims himself to be a pimp.

12   So that's the one sentence in the press release that I guess

13   he's referring to with his extended attention on the word

14   "pimp," which is fine.  The complaint posts a picture that he,

15   himself, had posted online and posted it with the caption that

16   he had put on, so -- and the press release simply

17   cross-references what the complaint posed with regard to a

18   picture with the caption he, himself, put on it.  So that's

19   open to different interpretations and if he has a different --

20   if he intended that word with a different connotation at the

21   time he posted it, posted that caption, then the connotation

22   that could be inferred from the press release, I guess that's

23   his prerogative to have his own narrative, but certainly, there

24   is nothing in our press release about the complaint or the

25   allegations in the complaint that is in any way objectionable

L5JCbarC

1    or subject to any kind of a sanction.

2         THE COURT:  Okay.  Well, here's where I come down on

3    all of this.  Mr. Amanat, you and Ms. Haba are members of the

4    bar.  Presumably, it is the ethical rules that you are subject

5    to.  So it is my working assumption, until proven otherwise,

6    that you will abide and will continue to abide by those ethical

7    rules, including rules concerning publicity.

8         Mr. Baram, as I indicated, I expect you to take down

9    those offending posts.  I will not impose any sanctions at this

10   time.  If you wish to make a record as to those publications or

11   those messages that you believe are inappropriate, you can

12   submit them to the court with a cover letter.  I'll be happy to

13   take a look at them and we'll take it from there.

14        I think what would be best for both sides is to lower

15   the temperature, try this case before me and not anywhere else,

16   and proceed with discovery in the appropriate fashion.

17        MR. BARAM:  Your Honor, can I please add one thing

18   that's very, very important.  Frank forgot to mention that the

19   picture is in the complaint, it's in the complaint.

20        And Frank also didn't understand what I was saying, so

21   I just want to summarize, I don't know what he didn't

22   understand, but hiphop vernacular.  Vernacular is a language

23   inside a language.  Sometimes it has opposite meaning, like

24   using the example "phat."  There a fat guy, that's a negative

25   thing in society, but if someone says that music is phat,

L5JCbarC

1    that's a good thing, so I don't know what frank doesn't

2    understand.  Same thing with pimp.  And they were doing this to

3    make me look like a pimp to fit their narrative.  That was

4    their intention to call me a pimp, and I would like to get that

5    removed because it's all over the media, it's all over major

6    news organizations, your Honor.  It's not fair they did the

7    exact same thing that I did to them.  That's why I thought it

8    was okay.  I thought it was appropriate.  I wasn't being

9    malicious.

10        But I want to go on the record, and the *pro se*

11   department will back me, when they told me to remove it, I

12   removed it.  And when he said it took six weeks, that's all

13   nonsense.  I can have the *pro se* back me up.  The minute I

14   listened to them, and I respect them and I respect you.  I

15   don't know what I'm doing here.  And I -- the minute I did it,

16   I removed it.  But I said to myself, wait a minute, I'm going

17   to these major news organizations, I'm seeing this picture

18   where it says "pimp" with my name, everyone thinks I'm a real

19   pimp thanks to these lawyers.  So I would like to have them

20   remove this picture from the complaint.  And anyone they

21   promoted the picture to, I know they contacted all the

22   newspapers, I would like them to remove that image.  Why do I

23   have to remove that image that they think is damaging and they

24   don't have to remove that image of me?  I don't understand.

25        THE COURT:  Here's the thing, Mr. Baram, there is what

L5JCbarC

```
1    we refer to as a qualified immunity for anything that's put in
2    a complaint, because something that's put in a complaint is
3    done, a lawyer has to verify the truthfulness of it.  Now, if
4    you believe that that image is inappropriate or scandalous or
5    meant to harass, you can make a motion to strike it, but it had
6    an initial assumption or presumption of appropriateness if it's
7    put in a complaint because when you put something in a
8    complaint, you have to back it up.  Okay?
9            MR. BARAM:  I didn't know that.  Now, in the press
10   release, to put that picture in there where it says -- and
11   they're also saying -- don't forget, they're saying that I
12   proclaim myself.  Now, obviously, they're not doing good
13   research because I can provide a six-page interview from the
14   biggest magazine in hiphop that denies everything they're
15   saying, because that was my reputation.  They're just trying to
16   paint me as some sleazy Niger guy, but I will not allow that to
17   happen.  Perception will not win this.  It's going to be
18   evidence that's going to win this, not perception.
19           THE COURT:  Like I said, if it's communications or
20   press releases or --
21           MR. BARAM:  I'm going to send it all.
22           THE COURT:  -- you can submit it to chambers with a
23   cover letter, obviously a copy to plaintiffs.  If it's
24   something that's in the complaint that you believe is wrong or
25   scandalous or simply meant to harass you, you can make a motion
```

L5JCbarC

1   to strike under those circumstances and I'll take it under

2   advisement.  Okay?

3           MR. BARAM:  Okay.  Thank you very much.

4           THE COURT:  Okay.  So with respect --

5           MR. BARAM:  Your Honor, I'm sorry.  Your Honor, I'm

6   sorry, one more thing, can I have them sign an NDA, because I

7   don't want this article to go online, and the models I'm in the

8   picture with, I don't want any -- it's not online, it's been a

9   while, it's not going to go online.  If I'm going to send you

10  all this information, can they sign a NDA for that specific

11  feature?  I don't want them to put it on their website.  I'm

12  entitled to that.  All it says -- it actually sings my praise.

13  They probably would want to put it on there, but I'm sure they

14  could twist it the way they do or try to.

15          THE COURT:  Mr. Baram, it's not unusual for parties to

16  a litigation to agree to a protective order for materials that

17  they deem to be confidential for some reason or another.  I

18  don't know that those materials would fall under --

19          MR. BARAM:  The reason why I'm surrounded by 10

20  models, and they won't don't want this online, and I have to

21  respect them, even though it's singing praises of my agency, I

22  don't need it, I'm not an ego guy.  And the fact that it's

23  not -- I rather it not be online.  But when you read it, you're

24  going to see it's very positive.

25          THE COURT:  That's fine.  I take your word for it, but

L5JCbarC

1    I'm not in the business and the courts are not in the business

2    of issuing nondisclosure agreements.  That's something that's

3    usually worked out between the parties.  If you believe that

4    you are entitled to a protective order on one or another

5    document, then you should make application for one, which is

6    make a motion for one.

7            For right now, my message to you is to take down the

8    offending posts, and if you have anything that you want me to

9    consider on the other side, I'm happy to receive it.  I will

10    hold Ms. Haba and Mr. Amanat to their ethical obligations to

11    make sure there is no improper communication or pretrial

12    publicity.

13            MR. BARAM:  Your Honor, I also blocked them on

14    Facebook, so I have to figure out a way to get -- I don't

15    know -- did you guys remove the images on Facebook?

16            MR. AMANAT:  We did, yes, from our --

17            MR. BARAM:  Because it's going to be difficult for me

18    to remove them because I blocked them because I know they're

19    going through my friends list and they're stalking me.  So I

20    blocked them all out, including Lisa.  So I don't know if I can

21    get back in, you know, and I want to make that known.  So you

22    guys have all erased them from Facebook?

23            MR. AMANAT:  Your Honor, I don't know how to respond

24    to these kinds of accusations.  We're not stalking him, we're

25    not doing any publicity on this case beyond the press release.

L5JCbarC

1    We haven't contacted any of his friends or any of these people

2    he thinks we're contacting or stalking.  None of that is

3    happening.  I don't know why he thinks that's happening, but

4    regardless -- I mean, we did remove the material he posted on

5    my firm's website, we of course removed on our end, and we're

6    pleased to see, I just looked at his website, we're pleased to

7    see that he did take down the offending content from his

8    website.  We just want to make sure it doesn't happen again.

9            THE COURT:  Okay.  So then I think we've taken care of

10   the items we needed to take care of.

11           And Mr. Amanat, I suppose that I will be expecting a

12   motion for default judgment from you if we haven't received it

13   already.  Any sort of inquest should await the resolution of

14   the entire case.

15           MR. AMANAT:  Yes, we already filed that, your Honor,

16   so the papers are all in front of the Court.  In fact, I think

17   your Honor already issued -- we submitted a proposed order of

18   default at the time that we submitted the order to show cause.

19           THE COURT:  Very well.  We'll take a look at it and if

20   it's in order, we'll go ahead and execute it.  And I think that

21   covers everything we expected to cover today --

22           MR. BARAM:  Your Honor, I just want to say one more

23   thing, and I apologize if I sound really excited, I'm trying to

24   really remain calm, I'm not used to this at all, and it's very

25   difficult.  I know you don't understand, you know, what's true

L5JCbarC

1    and what's not, but like I said, I apologize if I get a little

2    loud when I'm talking, I'm really trying to stay low, but

3    this -- these people have really been harassing me, my family,

4    my models, my potential models, they've been contacting the

5    media directly, I have proof.  So when the time comes, we'll

6    take care of that.

7                THE COURT:  Very well.  Okay.  We are adjourned.

8    Everyone, please stay well.

9                                * * *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25