UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JANE DOE,

                        Plaintiff,                                            20-CV-9522 (ER) (VF)

          -against-                                              **ORDER**

WARREN & BARAM MANAGEMENT LLC,

                        Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       On December 11, 2023, counsel for Defendant Warren & Baram Management submitted a letter requesting a briefing schedule to challenge certain affidavits submitted by Plaintiff as part of her inquest submissions. See ECF No. 166. The deadline set by the Court for Defendant to submit an opposition to Plaintiff's inquest submissions was December 29, 2021. See ECF No. 85. Defendant filed no opposition by that date. To the extent Defendant now seeks an opportunity to challenge Plaintiff's inquest submissions, Defendant must make a motion under Federal Rule of Civil Procedure 6(b) and explain why good cause exists to extend Defendant's time to respond, particularly now that the deadline has long passed. Further, Defendant should address, under Rule 6(b)(1)(b), how its failure to act amounts to excusable neglect. Defendant has until **February 2, 2024**, to submit its letter brief. Any response by Plaintiff should be submitted by **February 16, 2024**.

       SO ORDERED.

DATED:    New York, New York
               January 19, 2024

                                                                      _____
                                                                    VALERIE FIGUEREDO
                                                                    United States Magistrate Judge