**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
JANE DOE,

                               Petitioner,

             -against-                                                    20 **CIVIL** 9522 (ER)

                                      <u>**JUDGMENT**</u>

JONATHAN BARAM and WARREN & BARAM
MANAGEMENT LLC,

                             Respondents.
------------------------------------------------------------------------X


           It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated July 9, 2024, notwithstanding that no objections were filed, the Court reviewed Judge Figueredo's thorough and well-reasoned report and finds no error, clear or otherwise. The Court has therefore adopted Judge Figueredo's recommended decision regarding the award of attorney's fees and costs. Plaintiff is awarded $1,000,000, comprised of $500,000 in compensatory damages and $500,000 in punitive damages. Plaintiff is awarded attorneys' fees in the amount of $142,570 and costs in the amount of $774; accordingly, the case is closed.

**Dated:**  New York, New York

        July 9, 2024

                                           **DANIEL ORTIZ**
                            _____
                                   **Acting Clerk of Court**

                    **BY:**      K. mango
                            _____
                                     **Deputy Clerk**