# Jonathan Baram

**Po Box 219**
**Atlantic Beach, NY              11509**
**917 459 2209**
**1:20-CV-09522**

July 8, 2024

Dear the honorable Judge Valerie Figueredo

# Before: Ronald M. Gould, Sandra S. Ikuta, and Danielle J. Forrest, Circuit Judges. Opinion by Judge Ikuta SUMMARY* Trafficking Victims Protection Reauthorization Act

The panel affirmed the district court's order staying proceedings in an action under the Trafficking Victims Protection Reauthorization Act pending the resolution of a criminal action.

Ten plaintiffs sued Daniel Fitzgerald under the civil remedy provision of the TVPRA, 18 U.S.C. § 1595(a), for multiple sex trafficking violations, among other things. The government intervened and moved to stay the litigation pending the resolution of a criminal action involving a different defendant, Peter Nygard. The district court granted the stay

motion under 18 U.S.C. $ 1595(b)(1), which requires that any civil action filed under § 1595(a) "shall be stayed during the pendency of any criminal action arising out of the same occurrence in which the claimant is the victim."

I am requesting to stay the default judgment against me.

Thank you for your time and consideration

Jonathan Baram