**Jonathan Baram**
**Po Box 290**
**Atlantic beach, Ny 11509**
**Doe v Baram**
**Cv 1 20 09522**

July 26, 2024

Dear the honorable Judge Ramos,

I am informing the court that Dicello/Levitt did not respond to the two income affidavits I put online in March 2024. Florida allows them 30 days to respond.

Because the lawsuit is over, I have no way to communicate with Dicello/Levitt so I emailed them the two notarized affidavits and my bankruptcy.

They have not responded breaking Florida rules.

Because they are such a liars I am putting screenshots of my email communication with them on the docket. This will prevent them from saying that I physically threatened to hurt them and prevent them from making up more evil lies.

Respectfully, I  never got a response from you regarding myself, communicating with MEDIA about the tragedy that I endured. I'm an American and I'm entitled to tell my side of the story. I put the letter on the docket in March 2024 with this request.

Thank you for your time and consideration

Jonathan Baram







**Correction Florida Protection**

You are NOT able to pierce the corporate vail of W&B. Absolutely none of accusations of crimes you have accused me of have been proven in a court of law. You have provided no hard evidence against me or W&B.

I am also claiming my Florida protection.

Have a great day



### Re: Re: Appealing default judgment

Florida allows you a certain period of time to respond to the affidavit which you did not. It has been over four months.

You are the attorney of record and you are still involved in this lawsuit. You are the mastermind and are heavily involved.

I am entitled to communicate with you regarding bankruptcy and my appeal process.

I will be suing you as well so I am entitled to communicate with you.

Because you refuse to give us your business email, this is the only way that we can communicate with you.

Have a beautiful day

