UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

Plaintiff,

*-against-*

JONATHAN BARAM *and* WARREN & BARAM MANAGEMENT LLC,

Defendants.

**ORDER**

20-cv-9522 (ER)

RAMOS, D.J.:

On September 29 and October 4, 2026, Jonathan Baram requested that the Court seal or redact his most recently-filed address. Docs. 260, 261, 263. The request is granted.

The Clerk of Court is respectfully directed to modify the viewing level for Doc. 260 to the Selected Parties viewing level, and to remove Baram's address from the docket.

It is SO ORDERED.

Dated: October 26, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.